**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                      Case No. 16-16003-RAM

**SILA ESTEVEZ, a/k/a**
**SILA MARIA ESTEBEZ MONTALBAN, a/k/a**                    **Chapter 7**
**SILA ESTEBEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ, a/k/a**
**SILA M. ESTEVEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ, a/k/a**
**SILA MARIA ESTEBEZ, a/k/a**
**SILA ESTEBEZ, a/k/a**
**SILA M. ESTEBEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ MONTALBAN, a/k/a**
**SILA M. ESTBEZ,**

                          **Debtor .**
_____/

## MOTION TO TRANSFER (INTRA-DIVISION)

        Creditor, E&Y Assets, LLC, through undersigned counsel, pursuant to Local Rule 1015-1(A),

respectfully moves this Court for Transfer of these proceedings, Intra-District, to the Honorable A. Jay

Cristol, and in support thereof, states:

        1.        This Chapter 7 "no asset" case was filed on April 26, 2016.

        2.        The 341 Meeting of Creditors is scheduled for June 16, 2016.

        3.        Debtor is a defendant in a pending Palm Beach County Circuit Court case wherein a

default was entered against her, pre-petition, on February 16, 2016.  Attached hereto as Exhibit 1 is a

copy of the Circuit Court *Amended Complaint* filed against the Debtor and, *inter alia,* another debtor in

this Division, Kitchen Cabinets and Bath for Less, Inc. (Case No. 16-11649-AJC).  This Motion seeks to

transfer Sila Estevez' instant proceedings to the Honorable A. Jay Cristol as the earlier-filed corporate

Chapter 7 proceedings.  As shown by the attached *Amended Complaint*, the Creditor, E&Y Assets, LLC

was alleged to be the victim of fraud, conversion and civil theft at the hands of both debtors in addition to

Ms. Estevez' former fiancée, "Hiran Mazaira". Upon information and belief, Sila Estevez and Hiran Mazaira, through the use of the debtor entity, Kitchen Cabinets and Bath for Less, Inc. defrauded other innocent victims using the same or a similar scheme as outlined in the attached *Amended Complaint*.

4.    It is anticipated that Creditor herein will be filing a 523 adversary complaint in these Chapter 7 proceedings arising out of Debtor's activities on behalf of or through the debtor entity, Kitchen Cabinets and Bath for Less, Inc.   Accordingly, the interests of the unsecured creditors of both Sila Estevez and Kitchen Cabinets and Bath for Less, Inc, would be best served by having both debtors appearing before the same Judge in the same Division of the Southern District of Florida.    Additionally, the 2004 Examinations that will be conducted in both cases should be under the authority of one U.S. Bankruptcy Judge to ensure that the facts associated with each of the two (2) Chapter 7 cases are fully and properly disclosed.

5.    The Creditor does not anticipate Joint Administration nor substantive consolidation unless it is demonstrated that the debtor entity, Kitchen Cabinets and Bath for Less, Inc., is merely the alter ego of the debtor, Sila Estevez.

6.    No harm or prejudice will result from the granting of this motion to transfer.

7.    A corresponding motion to transfer has been filed in Case No. 16-16003-RAM.

**WHEREFORE**, Creditor, E&Y Assets, LLC, respectfully requests entry of an order transferring proceedings pending in Case No. 16-16003-RAM to Case No. 16-11649-AJC and for such other relief as this Court deems appropriate.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated**: June 13, 2016**

**McLaughlin & Stern, LLP**
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel:  (561) 659-4020
Email:  snewburgh@mclaughlinstern.com
*Counsel for Creditor, E & Y Assets, LLC*

By: /s/ Steven S. Newburgh
**STEVEN S. NEWBURGH, ESQ.**
Florida Bar No. 0348619

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served this 13th day of June, 2016, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties listed therein who are not authorized to be served electronically through the Court's CM/ECF system.

/s/ Steven S. Newburgh
STEVEN S. NEWBURGH, ESQ.
Fla. Bar No. 348619

3

<u>**SERVICE LIST**</u>

# Mailing Information for Case 16-16003-RAM

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin     calderintrustee@gmail.com,
  jcalderin@ecf.epiqsystems.com;yruiz@ecclegal.com;calderintrustee@ecf.inforuptcy.com
- Steven S Newburgh     snewburgh@mclaughlinstern.com,
  ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Robert Sanchez     court@bankruptcyclinic.com, courtECFmail@gmail.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)