

**ORDERED in the Southern District of Florida on July 8, 2016.**

                                                            **Robert A. Mark, Judge**
                                                            **United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No. 16-16003-RAM** |
| | |
| SILA ESTEVEZ, a/k/a | |
| SILA MARIA ESTEBEZ MONTALBAN, a/k/a | Chapter 7 |
| SILA ESTEBEZ MONTALBAN, a/k/a | |
| SILA ESTEVEZ, a/k/a | |
| SILA M. ESTEVEZ MONTALBAN, a/k/a | |
| SILA MARIA ESTEVEZ, a/k/a | |
| SILA MARIA ESTEBEZ, a/k/a | |
| SILA ESTEBEZ, a/k/a | |
| SILA M. ESTEBEZ MONTALBAN, a/k/a | |
| SILA MARIA ESTEVEZ MONTALBAN, a/k/a | |
| SILA ESTEVEZ MONTALBAN, a/k/a | |
| SILA M. ESTBEZ, | |
|         Debtor . | |
| _____/ | |

### ORDER GRANTING CREDITOR, E&Y ASSETS, LLC'S MOTION TO TRANSFER INTRA-DIVISION AND DENYING AS MOOT CREDITOR'S MOTION TO TRANSFER PENDING IN CASE NO. 16-11649-AJC AND CANCELLING HEARING THEREON SCHEDULED FOR JULY 5, 2016 AT 10:30 A.M.
[re: ECF No. 14]

THIS MATTER having come before the Court on June 30, 2016 at 10:00 a.m., upon Creditor, E&Y Assets, LLC's *Motion to Transfer (Intra-Division)* [ECF No. 14] and the Court

having heard argument counsel and considered the consent of the Chapter 7 Trustee to the requested relief,no opposition by the Debtor to the requested relief, and the Court, being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. Creditor, E&Y Assets, LLC's *Motion to Transfer (Intra-Division)* [ECF No. 14] is **GRANTED.** This matter shall be transferred to the Honorable A. Jay Cristol, Division AJC.

2. The Clerk is directed to continue to maintain two (2) separate dockets for these matters as no administrative or substantive consolidation has been requested at this time.

3. Creditor, E&Y Assets, LLC's corresponding *Motion to Transfer (Intra-Division)*, filed in Case No. 16−11649−AJC at ECF No. 11 is hereby **DENIED** as moot and the hearing scheduled thereon for July 5, 2016 at 10:30 a.m. shall be canceled.  Counsel for E&Y Assets, LLC shall notify Division AJC of this Order and shall file a copy of this Order in Case No. 16-11649-AJC and is otherwise responsible for providing notice of the cancelation to all interested parties in that matter.

###

Submitted By:

Steven S. Newburgh, Esq.
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
snewburgh@mclaughlinstern.com
_____

*Attorney Newburgh is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*