UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
*www.flsb.uscourts.gov*

In re:

    SILA M. ESTEVEZ,                        Case No. 16-16003-AJC

                                                      Chapter 7

    Debtor.
_____/

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    Alexis S. Read, Esq., of the law firm of Dunn Law, P.A., hereby files Notice of Appearance and Request for Service in the above-styled case on behalf of interested party, Barry E. Mukamal, as Chapter 7 Trustee of the bankruptcy estate of *In re Kitchen Cabinets and Bath for Less, Inc.* (Case No. 16-11649-AJC), pursuant to Bankruptcy Rules 2002 and 9010(b), and requests service of all notices, pleadings, motions, order and other documents filed in this case.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 26, 2016, a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and/or by U.S. Mail to:

- Jacqueline Calderin    calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;yruiz@ecclegal.com;calderintrustee@ecf.inforuptcy.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

                                                        **DUNN LAW, P.A.**
                                                        *Counsel for Interested Party, Barry E. Mukamal,*
                                                        *Chapter 7 Trustee*
                                                        555 NE 15th Street, Suite 934-A
                                                        Miami, Florida 33132
                                                        Phone:  (786) 433-3866
                                                        Fax:     (786) 260-0269
                                                        alexis.read@dunnlawpa.com

                                                     By:  /s/ *Alexis S. Read*
                                                            Alexis S. Read, Esq.
                                                            Fla. Bar No. 98084