**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                    **Case No. 16-16003-AJC**

**SILA ESTEVEZ,**                                                **Chapter 7**

      **Debtor .**

_____/

**MOTION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY PURSUANT TO**
**11 U.S.C. §523 AND DISCHARGE PURSUANT TO 11 U.S.C. §727**

Creditor, E&Y Asstes, LLC, through undersigned counsel, pursuant to 11 U.S.C. §523

and 11 U.S.C. §727 respectfully requests entry of an order permitting an additional thirty (30)

days in which to object to dischargeability pursuant to 11 U.S.C. §523 and/or for objection to

discharge pursuant to 11 U.S.C. §727, and in support thereof, states:

1.     Debtor's 2004 Examination, *Duces Tecum*, is scheduled to take place on August

10, 2016.

2.     Creditor's Request for Production of Documents was served on July 19, 2016 (ECF

No. 22).

3.     The deadline for objections to dischargeability and/or discharge expires on August

1, 2016.

4.     Creditor is in need of an extension of time in which to file a complaint objecting to

dischargeability of debt pursuant to 11 U.S.C. §523 and/or for objection to discharge pursuant to

11 U.S.C. § 727.

5.     Creditor requests a thirty (30) day extension.

6.      Undersigned counsel certifies that he contacted counsel for the debtor and requested an agreement concerning the extension requested herein.  Counsel for debtor has not responded to the request as of the filing of this motion.

**WHEREFORE**, Creditor, E&Y Assets, LLC respectfully requests entry of an Order extending the deadline for an objection to dischargeability pursuant to 11 U.S.C. §523 and/or for an objection to debtor's discharge pursuant to 11 U.S.C. §727 for an additional thirty (30) days, or until August 31, 2016 and for such other relief as this Court deems appropriate.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated**: August 1, 2016**

**McLaughlin & Stern, LLP**
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel:  (561) 659-4020
Email:  snewburgh@mclaughlinstern.com
*Counsel for Creditor, E & Y Assets, LLC*

By: */s/ Steven S. Newburgh*
    **STEVEN S. NEWBURGH, ESQ.**
    Florida Bar No. 034861

2

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing was served this 1st day of August, 2016, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties listed therein who are not authorized to be served electronically through the Court's CM/ECF system.

                                                */s/ Steven S. Newburgh*

                                              STEVEN S. NEWBURGH, ESQ.

                                              Fla. Bar No. 348619

<u>**SERVICE LIST**</u>

# Mailing Information for Case 16-16003-AJC

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin    calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;yruiz@ecclegal.com;calderintrustee@ecf.inforuptcy.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)