UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 16-16003-BKC-RAM

SILA M ESTEVEZ,                                                 Chapter 7

      Debtor.                            /

**TRUSTEE'S AGREED *EX PARTE* MOTION TO EXTEND
TIME TO OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**

      Jacqueline Calderin, Chapter 7 Trustee (the "Trustee") of the estate Sila M Estevez (the "Debtor"), and pursuant to Federal Rule of Bankruptcy Procedure 9006(b) and Local Rule 9013-1(C)(1), (5)(d), and (6), respectfully move on an agreed *ex parte* basis (the "Motion") for the entry of an order extending the time period during which the Trustee may object to the Debtor's discharge under 11 U.S.C. § 727 (the "Discharge Deadline"). In support of the Motion, the Trustee states:

      1.      This matter was initiated by the Debtor, upon the filing of a Voluntary Petition for relief under Chapter 7, of the Bankruptcy Code in this Court on April 26, 2016 [ECF #1] (the "Petition Date").

      2.      Jacqueline Calderin was thereafter appointed Trustee of the Debtor's bankruptcy case.

      3.      The § 341 Meeting of Creditors was held and concluded on June 16, 2016 at 2:00 p.m. [ECF# 17].

      4.      Accordingly, the Trustee respectfully requests that the Discharge Deadline be extended for a period of thirty (30) days (the "Extension").

5. The Debtor agreed to the Extension.

6. The Parties certify that (i) they consent to the Extension requested in this Agreed Motion, (ii) that this Agreed Motion is not being filed for purposes of delay, and (iii) that neither Party will be unjustly prejudiced by the requested relief. In accordance with Local Rule 5005-1(G)(1), the Trustee has attached hereto a proposed order granting this Agreed Motion as **Exhibit "A",** which shall also be uploaded via CM/ECF in accordance with this Court's Guidelines for Preparing, Submitting and Serving Orders.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order extending the Discharge Deadline through and including **Wednesday, August 31, 2016** and for such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notice of filing in this case on August 1, 2016.

/s/ Jacqueline Calderin
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
247 SW 8th Street, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

# Exhibit "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No. 16-16003-BKC-RAM

SILA M ESTEVEZ,  Chapter 7

_____Debtor._____/

**AGREED ORDER GRANTING TRUSTEE'S AGREED EX-PARTE MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**

THIS MATTER came before the Court *ex parte* upon the Trustee's *Agreed Ex-Parte Motion to Extend Time to Object to Debtor's Discharge Under 11 U.S.C. § 727* (the "Motion")

2

[ECF # ]. The Court having considered the Motion, noting the Debtor's[1] agreement to the relief sought, and being advised in the premises, **ORDERS** as follows:

1. The Motion is **GRANTED**.

2. The deadline by which the Trustee may object to the Debtor's discharge under 11 U.S.C. § 727, is extended through and including **Wednesday, August 31, 2016.**

3. These extensions are without prejudice to the Trustee to seeking additional extensions either by agreement or otherwise.

# # #

Submitted by:

**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
247 SW 8th Street, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com


Copy to: Trustee Calderin, who is directed to serve a conforming copy herein upon all interested parties.

---

[1] Any and all capitalized terms not expressly defined herein, shall bear the meaning ascribed to them in the Motion.

3