

**ORDERED in the Southern District of Florida on August 2, 2016.**

*A. Jay Cristol*
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                        Case No. 16-16003-BKC-RAM

SILA M ESTEVEZ,                                                Chapter 7

_____Debtor._____ /

**AGREED ORDER GRANTING TRUSTEE'S AGREED EX-PARTE MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**

THIS MATTER came before the Court *ex parte* upon the Trustee's *Agreed Ex-Parte Motion to Extend Time to Object to Debtor's Discharge Under 11 U.S.C. § 727* (the "Motion") [ECF #28]. The Court having considered the Motion, noting the Debtor's[1] agreement to the relief sought, and being advised in the premises, **ORDERS** as follows:

---

[1] Any and all capitalized terms not expressly defined herein, shall bear the meaning ascribed to them in the Motion.

1. The Motion is **GRANTED**.

2. The deadline by which the Trustee may object to the Debtor's discharge under 11 U.S.C. § 727, is extended through and including **Wednesday, August 31, 2016.**

3. These extensions are without prejudice to the Trustee to seeking additional extensions either by agreement or otherwise.

# # #

Submitted by:

**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
247 SW 8th Street, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com


Copy to: Trustee Calderin, who is directed to serve a conforming copy herein upon all interested parties.