

## ORDERED in the Southern District of Florida on August 10, 2016.

A. Jay Cristol, Judge
United States Bankruptcy Court

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                        Case No. 16-16003-AJC

SILA ESTEVEZ,
                                                                              Chapter 7
            Debtor .
_____/

### AGREED ORDER GRANTING CREDITOR, E&Y ASSETS, LLC'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY PURSUANT TO 11 U.S.C. §523 AND DISCHARGE PURSUANT TO 11 U.S.C. §727
[re: ECF No. 25]

THIS MATTER came before the court, upon Creditor, E&Y Assets, LLC's *Motion to Extend Time to Object to Dischargeability Pursuant to 11 U.S.C. §523 and Discharge Pursuant to 11 U.S.C. §727* [ECF No. 25] the Court having considered the Motion, noting that since the filing of the Motion, Debtor has indicated agreement to the requested relief, and the Court, being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. Creditor, E&Y Assets, LLC's *Motion to Extend Time to Object to Dischargeability Pursuant to 11 U.S.C. §523 and Discharge Pursuant to 11 U.S.C. §727* [ECF No. 25] is **GRANTED.**

2. Creditor, E&Y Assets, LLC, is hereby granted an extension of Thirty (30) Days in which to file a Complaint objecting to Dischargeability of Debt pursuant to 11 U.S.C. §523 and/or for objecting to Discharge of Debtor pursuant to 11 U.S.C. §727.

###

Submitted By:

Steven S. Newburgh, Esq.
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
snewburgh@mclaughlinstern.com

_____

*Attorney Newburgh is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*