**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  Case No. 16-16003-AJC

**SILA ESTEVEZ,**

Chapter 7

Debtor .
_____/

**AGREED EX PARTE ORDER GRANTING CREDITOR, E&Y ASSETS, LLC'S**
**AGREED EX PARTE SECOND MOTION TO EXTEND TIME TO OBJECT TO**
**DISCHARGEABILITY PURSUANT TO 11 U.S.C. §523 AND DISCHARGE PURSUANT**
**TO 11 U.S.C. §727**
[re: ECF No. _____]

THIS MATTER came before the court, upon Creditor, E&Y Assets, LLC's *Agreed Second Motion to Extend Time to Object to Dischargeability Pursuant to 11 U.S.C. §523 and Discharge Pursuant to 11 U.S.C. §727* [ECF No. 25] the Court having considered the Motion, noting that Debtor has indicated agreement to the requested relief, and the Court, being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. Creditor, E&Y Assets, LLC's *Agreed Second Motion to Extend Time to Object to Dischargeability Pursuant to 11 U.S.C. §523 and Discharge Pursuant to 11 U.S.C. §727* [ECF No. _____] is **GRANTED.**

2. Creditor, E&Y Assets, LLC, is hereby granted an extension of Thirty (30) Days in which to file a Complaint objecting to Dischargeability of Debt pursuant to 11 U.S.C. §523 and/or for objecting to Discharge of Debtor pursuant to 11 U.S.C. §727.

###

Submitted By:

Steven S. Newburgh, Esq.
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
snewburgh@mclaughlinstern.com
_____
*Attorney Newburgh is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*