

**ORDERED in the Southern District of Florida on September 12, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                    Case No. 16-16003-AJC

SILA ESTEVEZ,                                                                 Chapter 7

     Debtor .
_____/

**AGREED EX PARTE ORDER GRANTING CREDITOR, E&Y ASSETS, LLC'S AGREED EX PARTE SECOND MOTION TO EXTEND TIME TO OBJECT TO DISCHARGEABILITY PURSUANT TO 11 U.S.C. §523 AND DISCHARGE PURSUANT TO 11 U.S.C. §727 [D.E. 35]**

THIS MATTER came before the court, upon Creditor, E&Y Assets, LLC's *Agreed ExParte Second Motion to Extend Time to Object to Dischargeability Pursuant to 11 U.S.C. §523 and Discharge Pursuant to 11 U.S.C. §727* [ECF No. 35] the Court having considered the Motion, noting that Debtor has indicated agreement to the requested relief, and the Court, being otherwise fully advised in the premises, it is

    **ORDERED:**

    1. Creditor, E&Y Assets, LLC's *Agreed Ex Parte Second Motion to Extend Time to Object to Dischargeability Pursuant to 11 U.S.C. §523 and Discharge Pursuant to 11 U.S.C. §727* [ECF No. 35]

is **GRANTED.**

      2. The time within which Creditor, E&Y Assets, LLC, may file a Complaint objecting to Dischargeability of Debt pursuant to 11 U.S.C. §523 and/or for objecting to Discharge of Debtor pursuant to 11 U.S.C. §727 is extended for Thirty (30) Days to and including October 1, 2016.

# # #

Submitted by:

Steven S. Newburgh, Esq.
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
snewburgh@mclaughlinstern.com

_____
*Attorney Newburgh is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*