

**ORDERED in the Southern District of Florida on September 13, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                    Case No. 16-16003-AJC

SILA ESTEVEZ,                                                               Chapter 7

    Debtor .
_____/

**A M E N D E D
AGREED EX PARTE ORDER GRANTING CREDITOR, E&Y ASSETS, LLC'S
AGREED EX PARTE SECOND MOTION TO EXTEND TIME TO OBJECT TO
DISCHARGEABILITY PURSUANT TO 11 U.S.C. §523 AND DISCHARGE
PURSUANT TO 11 U.S.C. §727 [D.E. 35]**
[Amended to correct date of extended deadline in Paragraph 2]

THIS MATTER came before the court, upon Creditor, E&Y Assets, LLC's *Agreed ExParte Second Motion to Extend Time to Object to Dischargeability Pursuant to 11 U.S.C. §523 and Discharge Pursuant to 11 U.S.C. §727* [ECF No. 35] the Court having considered the Motion, noting that Debtor has indicated agreement to the requested relief, and the Court, being otherwise fully advised in the premises, it is

**ORDERED:**

1. Creditor, E&Y Assets, LLC's *Agreed Ex Parte Second Motion to Extend Time to Object to Dischargeability Pursuant to 11 U.S.C. §523 and Discharge Pursuant to 11 U.S.C. §727* [ECF No. 35] is **GRANTED.**

2. The time within which Creditor, E&Y Assets, LLC, may file a Complaint objecting to Dischargeability of Debt pursuant to 11 U.S.C. §523 and/or for objecting to Discharge of Debtor pursuant to 11 U.S.C. §727 is extended to and including October 10, 2016.

# # #

Submitted by:

Steven S. Newburgh, Esq.
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
snewburgh@mclaughlinstern.com

_____

*Attorney Newburgh is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*