## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Case No. 16-16003-AJC

SILA ESTEVEZ                                                                          Chapter 7

              Debtor .
_____/

### CERTIFICATE OF SERVICE
[re: ECF No. 38]

I HEREBY CERTIFY that a true and correct copy of the Court's *Amended Agreed Ex Parte Order Granting Creditor, E&Y Assets, LLC's Agreed Ex Parte Second Motion to Extend Time to Object to Dischargeability Pursuant to 11 U.S.C. §523 and Discharge Pursuant to 11 U.S.C. §727* [ECF No. 38] was served, September 14, 2016, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system.

                                                         **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Dated: September 14, 2016**

                                                         Respectfully submitted:

                                                         **McLAUGHLIN & STERN, LLP**
                                                         CityPlace Office Tower – Suite 1530
                                                         525 Okeechobee Boulevard
                                                         West Palm Beach, FL 33401
                                                         Tel: (561) 659-4020
                                                         *Counsel for Creditor, E & Y Assets, LLC*

                                                         By:  /s/ *Steven S. Newburgh*
                                                            STEVEN S. NEWBURGH, ESQ.
                                                           Florida Bar No. 348619

**SERVICE LIST**

# Mailing Information for Case 16-16003-AJC

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin    calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

> State Farm Bank
> c/o Becket and Lee LLP
> PO Box 3001
> Malvern, PA 19355-0701