**Jose Blanco**

---

| | |
|---|---|
| From: | Steven Newburgh <snewburgh@mclaughlinstern.com> |
| Sent: | Friday, August 05, 2016 5:08 PM |
| To: | Jose Blanco |
| Cc: | SS Sanchez; Heather Casebolt; Nancy Lehr |
| Subject: | Re: Estevez/E&Y Assets |

"Exhibit A"

Thank you.  We will upload and cancel hearing.

Steven S. Newburgh, Esq. | Partner
McLaughlin & Stern, LLP
525 Okeechobee Blvd, Suite 1530
West Palm Beach, FL 33401
Tel: (561) 659-4020
Mobile/Text: (561) 383-1186
snewburgh@mclaughlinstern.com
www.mclaughlinstern.com

260 Madison Avenue
New York, NY 10016
(212) 448-1100

Confidential Communication:
This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt and any information provided will be used for that purpose.

On Aug 5, 2016, at 5:03 PM, Jose Blanco <jblanco@bankruptcyclinic.com> wrote:

Good afternoon,

Please note that we agree to the 30 day extension on both deadlines.

Sincerely,

*Jose A. Blanco, Esq.*

**Robert Sanchez & Associates, P.A.**
355 West 49th Street,
Hialeah, Florida 33012

Telephone: (305) 687-8008

Facsimile: (305) 512-9701

Email: jblanco@bankruptcyclinic.com

**From:** Heather Casebolt [mailto:hcasebolt@mclaughlinstern.com]
**Sent:** Monday, August 01, 2016 12:25 PM
**To:** Jose Blanco <jblanco@bankruptcyclinic.com>; SS Sanchez <ssanchez@bankruptcyclinic.com>
**Cc:** Nancy Lehr <NLEHR@mclaughlinstern.com>; Steven Newburgh <SNEWBURGH@mclaughlinstern.com>
**Subject:** Estevez/E&Y Assets

Mr. Blanco:

Pursuant to Local Rule requirements, I'm requesting consent for a 30 day extension of the 523 and 727 deadlines.

Thank you.

Heather Casebolt, F.R.P.

Paralegal to Steven S. Newburgh

McLaughlin & Stern, LLP
CityPlace Office Tower
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
Tel: (561) 659-4020  ext. 3008
Fax: (561) 659-4438
hcasebolt@mclaughlinstern.com

Website: www.mclaughlinstern.com