**Jose Blanco**

| | |
|---|---|
| **From:** | Heather Casebolt <hcasebolt@mclaughlinstern.com> |
| **Sent:** | Tuesday, August 09, 2016 2:21 PM |
| **To:** | Jose Blanco; SS Sanchez; alexis.read@dunnlawpa.com |
| **Cc:** | Nancy Lehr; Steven Newburgh |
| **Subject:** | 2004 Exam for Tomorrow E&Y Assets/Kitchen Cabinets |

*"Exhibit B"*

Good afternoon.

We have to move tomorrow's 2004 Exams due to chapter 11 deadlines. Additionally, it appears that the Debtor has not yet responded to the discovery requests for the Trustee.

Please provide new dates so that we can re-notice.

Thank you.

Heather Casebolt, F.R.P.

Paralegal to Steven S. Newburgh

McLaughlin & Stern, LLP
CityPlace Office Tower
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
Tel: (561) 659-4020  ext. 3008
Fax: (561) 659-4438
hcasebolt@mclaughlinstern.com

Website:  www.mclaughlinstern.com

