# Jose Blanco

| | |
|---|---|
| From: | Heather Casebolt <hcasebolt@mclaughlinstern.com> |
| Sent: | Friday, September 09, 2016 2:14 PM |
| To: | Jose Blanco; SS Sanchez |
| Cc: | Nancy Lehr; Steven Newburgh |
| Subject: | RE: Estevez/E&Y Assets - 523 & 727 |
| Attachments: | JPEG.jpeg |

"Exhibit C"

Thank you!

>>> SS Sanchez <ssanchez@bankruptcyclinic.com> 9/9/2016 2:20 PM >>>
Hello~

Yes, we agree.

Thank you

Sarah Sanchez-Castillo
to Robert Sanchez and Associates, P.A
355 West 49th Street
Hialeah, FL 33012
Telephone: (305) 687-8008
Facsimile: (305) 873-6152
E-Mail: SSSanchez@Bankruptcyclinic.com

***Please keep in mind that if you are filing for bankruptcy, you will need to provide updated documents until your 341 hearing date. You will be required to provide all paystubs and bank statements until the day of filing. Your case **will not be filed** if there is any missing documentation.***

Please consider the environment before printing this e-mail.

This e-mail, and any attachments to it, contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) or entity named on the e-mail. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or reading, copying of this e-mail in error is strictly prohibited. If you have received this e-mail in error, please immediately return it to the office

From: Heather Casebolt [mailto:hcasebolt@mclaughlinstern.com]
Sent: Friday, September 09, 2016 10:37 AM
To: Jose Blanco <jblanco@bankruptcyclinic.com>; SS Sanchez <ssanchez@bankruptcyclinic.com>
Cc: Nancy Lehr <NLEHR@mclaughlinstern.com>; Steven Newburgh <SNEWBURGH@mclaughlinstern.com>
Subject: RE: Estevez/E&Y Assets - 523 & 727

Mr. Blanco:

Good morning. Please let me know today, if you have any objection to us requesting a 30 day extension concerning the 523 & 727 deadlines in this matter.

Thank you.

Heather Casebolt, F.R.P.
Paralegal to Steven S. Newburgh

McLaughlin & Stern, LLP
CityPlace Office Tower
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
Tel: (561) 659-4020  ext. 3008
Fax: (561) 659-4438
hcasebolt@mclaughlinstern.com

Website:  www.mclaughlinstern.com



>>> Jose Blanco <jblanco@bankruptcyclinic.com> 8/5/2016 5:10 PM >>>
Good afternoon,

Please note that we agree to the 30 day extension on both deadlines.

Sincerely,

*Jose A. Blanco, Esq.*
**Robert Sanchez & Associates, P.A.**
355 West 49th Street,
Hialeah, Florida 33012

Telephone:  (305) 687-8008

Facsimile:  (305) 512-9701

Email:  jblanco@bankruptcyclinic.com

---

**From:** Heather Casebolt [mailto:hcasebolt@mclaughlinstern.com]
**Sent:** Monday, August 01, 2016 12:25 PM
**To:** Jose Blanco <jblanco@bankruptcyclinic.com>; SS Sanchez <ssanchez@bankruptcyclinic.com>
**Cc:** Nancy Lehr <NLEHR@mclaughlinstern.com>; Steven Newburgh <SNEWBURGH@mclaughlinstern.com>
**Subject:** Estevez/E&Y Assets

Mr. Blanco:

Pursuant to Local Rule requirements, I'm requesting consent for a 30 day extension of the 523 and 727 deadlines.

Thank you.



Heather Casebolt, F.R.P.
Paralegal to Steven S. Newburgh

McLaughlin & Stern, LLP
CityPlace Office Tower
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
Tel: (561) 659-4020  ext. 3008
Fax: (561) 659-4438
hcasebolt@mclaughlinstern.com

Website:  www.mclaughlinstern.com



McLaughlin & Stern, LLP
CityPlace Office Tower

3