**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No. 16-11649-AJC

KITCHEN CABINETS and BATH FOR                   Chapter 7
LESS, INC.,


                     Debtor .
_____/

## CROSS-NOTICE OF RULE 2004 EXAMINATION DUCES TECUM

Creditor, E&Y Assets, LLC, through undersigned counsel, will examine the Corporate Representative of Kitchen Cabinets and Bath for Less, Inc., under oath, on **October 5, 2016 at 10:30 A.M.** at the offices of **Dunn Law, P.A., 555 NE 15th Street, Suite 934-A, Miami, FL 33132,** and to bring with her at that time and place the documents set forth in the attached Duces Tecum request.   The examination may continue from day to day until completed.  Pursuant to Local Bankruptcy Rule 2004-1(B), if the subject 2004 examination is being scheduled on less than 14 days' notice, the examinee is not required to file any objection to this notice but must notify undersigned counsel, promptly, of the inadequate notice and offer a reasonable opportunity to be examined on an alternate date.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony.  The scope of the examination shall be as described in Bankruptcy Rule 2004.   Pursuant to Local Rule 2004-1, no order shall be necessary, and to the extent that a request under Bankruptcy Rule 7034, the time to respond is shortened to fourteen (14) days.

The Debtor is further requested to produce all of the documents described on the attached Schedule "A" no later than **September 21, 2016**, to the offices of McLaughlin & Stern, LLP, 525 Okeechobee Boulevard, Suite 1530, West Palm Beach, FL 33401 or by email.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**Dated:** <u>**September 2, 2016**</u>

Respectfully submitted,

**McLAUGHLIN & STERN, LLP**
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel: (561) 659-4020
*Counsel for Creditor, E&Y Assets, LLC*

By: <u>/s/ *Steven S. Newburgh*</u>
STEVEN S. NEWBURGH, ESQ.
Florida Bar No. 348619

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing has been furnished this 2nd day of September, 2016, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system.

By: _/s/ *Steven S. Newburgh*_____
STEVEN S. NEWBURGH, ESQ.
Florida Bar No. 348619

**<u>SERVICE LIST</u>**

# Mailing Information for Case 16-11649-AJC

## Electronic Mail Notice List

The following is the list of **<u>parties</u>** who are currently on the list to receive email notice/service for this case.

- Michael P Dunn     michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com
- Barry E Mukamal     bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- Steven S Newburgh     snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read     alexis.read@dunnlawpa.com
- Robert Sanchez     court@bankruptcyclinic.com, courtECFmail@gmail.com

## Manual Notice List

The following is the list of **<u>parties</u>** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)

## <u>DUCES TECUM REQUEST</u>

## <u>DOCUMENTS TO BE PRODUCED AT THE EXAMINATION</u>

1.      Copies of the Client Questionnaire or other forms completed or prepared by the Debtor and submitted to counsel for the Debtor for use in preparation of the Petition and Schedules in this case.

2.      Copies of all Federal Income Tax Returns including schedules and attachments, for the years 2010 to the present, prepared by you or someone acting under your control or supervision.  This request includes any Extension requests.

3.      Copies of all documentation utilized by you in the preparation of the tax returns and schedules referred-to in Request No. 2, above.

4.      Copies of all credit card statements for the past 12 months including any credit card account where you had the right to use any such credit card(s) in the name of another individual or entity.

5.      Copies of monthly bank statements and canceled check images, front and back, for the past 12 months.

6.      Copies of all state contractor's licenses in your name or in the name of any person acting for or on behalf of Kitchen Cabinets and Baths for Less, Inc.

7.      Copies of all financial statements prepared by you or on your behalf or on behalf of Kitchen Cabinets and Baths for Less, Inc.