UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

**In re:**   Case No. 16-16003-AJC

**SILA ESTEVEZ a/k/a**
**SILA MARIA ESTEBEZ MONTALBAN, a/k/a**   Chapter 7
**SILA ESTEBEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ, a/k/a**
**SILA M. ESTEVEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ, a/k/a**
**SILA MARIA ESTEBEZ, a/k/a**
**SILA ESTEBEZ, a/k/a**
**SILA M. ESTEBEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ MONTALBAN, a/k/a**
**SILA M. ESTBEZ.**

              **Debtor .**
_____/

**E & Y ASSETS, LLC, a Florida Limited Liability**
**Company,**

              **Plaintiff,**
vs.                                                                              Adv. No.:

**SILA ESTEVEZ a/k/a**
**SILA MARIA ESTEBEZ MONTALBAN, a/k/a**
**SILA ESTEBEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ, a/k/a**
**SILA M. ESTEVEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ, a/k/a**
**SILA MARIA ESTEBEZ, a/k/a**
**SILA ESTEBEZ, a/k/a**
**SILA M. ESTEBEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ MONTALBAN, a/k/a**
**SILA M. ESTBEZ.**

**COMPLAINT OBJECTING TO DISCHARGEABILITY**
**PURSUANT TO 11 U.S.C. § 523**

Plaintiff, E & Y Assets, LLC, by and through undersigned counsel, hereby sues Defendant, **SILA ESTEVEZ a/k/a** SILA MARIA ESTEBEZ MONTALBAN, a/k/a SILA ESTEBEZ MONTALBAN, a/k/a SILA ESTEVEZ, a/k/a SILA M. ESTEVEZ MONTALBAN, a/k/a SILA MARIA ESTEVEZ, a/k/a SILA MARIA ESTEBEZ, a/k/a SILA ESTEBEZ, a/k/a SILA M. ESTEBEZ MONTALBAN, a/k/a SILA MARIA ESTEVEZ MONTALBAN, a/k/a SILA ESTEVEZ MONTALBAN, a/k/a SILA M. ESTBEZ, pursuant to 11 U.S.C. § 523 and Bankruptcy Rule 4007, to determine non-dischargeability of a debt owed to Plaintiff procured by fraud and misrepresentation of the Debtor and alleges:

## GENERAL ALLEGATIONS

1. This is an adversary proceeding commenced by a general unsecured creditor, E & Y Assets, LLC, seeking to determine the non-dischargeability of a scheduled obligation which was procured by the fraud and misrepresentation of the Debtor.

2. Attached hereto as Exhibit 1 is a copy of an Amended Complaint filed by Plaintiff herein against the Debtor/Defendant in the Circuit Court of 15th Judicial Circuit in and for Palm Beach County, Florida, Case No. 502015CA012638XXXXMB, dated on November 20, 2015 (hereinafter, the "State Court Complaint" or "State Court Action").

3. The State Court Action was also filed against Sila Estevez' alter-ego, "Kitchen Cabinets and Baths for Less, Inc.", which is currently a Debtor before this Court in this Division, in Case No. 16-11649-AJC[1] and the Debtor's fiancé or husband, "Hiran Mazaira".

4. Current counsel for the Debtor herein and for the Debtor Kitchen Cabinets and Baths for Less, Inc., Robert A. Sanchez, P.A., filed a Suggestion of Bankruptcy on February 5, 2016 as to the Debtor, Kitchen Cabinets and Bath for Less, Inc. Curiously, the Suggestion of

---

[1] E&Y Assets, LLC obtained a transfer of the Kitchen Cabinets and Baths for Less, Inc. Chapter 7 to this Court for the reasons expressed in the Motion appearing at ECF 14 in these proceedings due to the fraudulent scheme engineered by this Debtor in conjunction with her alter ego, Kitchen Cabinets and Baths for Less, Inc. and her non-debtor fiancé or spouse, co-defendant Hiran Mazaira.

Bankruptcy filed in the State Court Action on February 5, 2016 asserted that the Suggestion of Bankruptcy was being filed on behalf of "Kitchen Cabinets and Bath for Less, Inc./ Sila Estevez". In fact, Sila Estevez' Chapter 7 proceedings were not commenced until April 26, 2016.  A copy of said Suggestion of Bankruptcy is attached hereto as Exhibit 2.

5. A Default was entered in the State Court Action against Kitchen Cabinets and Bath for Less, Inc. on December 30, 2015, a copy of which is attached hereto as Exhibit 3.

6. Upon information and belief, the improper inclusion of Sila Estevez in the subject Suggestion of Bankruptcy was for the purpose of derailing the default and default judgment proceedings in the State Court Action. Notwithstanding such apparent effort, the State Court proceeded against Sila Estevez and co-defendant Hiran Mazaira and on February 16, 2016, an Order Granting Plaintiff, E & Y Assets, LLC's Motion for Judicial Default was granted against Defendant, Sila Estevez and her fiancé or husband, Hiran Mazaira in the State Court Action, a copy of which is attached hereto as Exhibit 4.  Thereafter, on May 18, 2016, the State Court entered a Partial Final Judgment after Default against co-defendant, Hiran Mazaira, in the amount of $92,559.00, representing the treble damage award pursuant to Florida Statute 768.0425(2), a copy of which is attached hereto as Exhibit 5.

7. The allegations of the State Court Action against all three of the defendants therein, Sila Estevez, Kitchen Cabinets and Bath for Less, Inc. arise out of the fraud and misrepresentation (Civil Theft) which is common to all three of those defendants and which include 2 debtors currently before this Bankruptcy Court.

8. The entity, Kitchen Cabinets and Bath for Less, Inc. existed solely for the purpose of defrauding innocent persons and entities by obtaining money by false pretenses, falsely claiming that the entity was qualified as a contractor in the State of Florida, falsely claiming that permits for

3

work to be performed had been "pulled" when in fact no such permit(s) were ever obtained and by providing misleading and untrue statements concerning work progress that were solely for the purpose of procuring more money from innocent victims in South Florida.

9.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 amd 1334(b).

10. This is a core proceeding for which the Court is authorized to hear and determine all matters in accordance with 28 U.S.C. § 157.

11. All conditions precedent to the commencement of this action have been performed or same have been waived by reason of the conduct of the Defendants.

## COUNT I –NON-DISCHARGEABILITY PURSUANT TO
## 11 U.S.C. § 523(a)(2)(A)

12. Plaintiff realleges paragraphs 1 through 11 as if set forth fully herein.

13. Pursuant to 11 U.S.C. § 523(a)(2)(A), the obligation owed to Plaintiff, as set forth in the State Court Amended Complaint as attached, is non-dischargeable.

14. A Default has previously been entered against Sila Estevez in the State Court Action and the Defendant has not sought leave of this Court to seek reversal or reconsideration of the valid Default entered against her.

15. To the extent that a Final Judgment has already been entered against Defendant's co-debtor/obligor, Hiran Mazaira, who is believed to be the Defendant's fiancé or spouse, and given that the allegations as to all defendants named in the State Court Action are common to all defendants, Defendant Sila Estevez should not now be permitted to argue or plead in defense of the claim made herein by Plaintiff under the doctrine of collateral estoppel or Law of the Case. Additionally, the *res judicata* effect of the Final Judgment entered against Hiran Mazaira should

4

be applicable to the Defendant herein, Sila Estevez, given the common scheme to defraud between Hiran Mazaira and his spouse or fiancé, Sila Estevez.

16.  Plaintiff is entitled to seek relief from stay to obtain entry of the Default Final Judgment against Sila Estevez in the State Court Action in the event an argument for collateral estoppel is unsuccessful in this case and it is decided that Sila Estevez has a right to plead in opposition to the allegations appearing in the State Court Action.

17.  Plaintiff reserves the right to amend this Complaint given the failure of Kitchen Cabinets and Bath for Less, Inc. to produce documents to the Trustee and undersigned in that case[2] and pending Plaintiff's 2004 examination of the Debtor herein, Sila Estevez and of the Debtor Kitchen Cabinets and Bath for Less, Inc. and upon review of the documents to be produced.[3]

18.  Plaintiff also reserves the right to move for dismissal of Debtor's Chapter 7 filing as being made in bad faith, pending discovery.

**WHEREFORE**, Plaintiff, E & Y Assets, LLC, seeks judgment of non-dischargeability of the $92,559.00 which is owing by Sila Estevez in accordance with the provisions of Florida Statute § 768.0425(2), or, for any amount which is found to be due and owing Plaintiff by Sila Estevez arising out of the allegations appearing in the attached State Court Complaint and for such other relief as this Court deems appropriate.

Dated:  **October 10, 2016**

> **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

---

[2] Plaintiff herein had cross-noticed the Trustee's 2004 Examination and Duces Tecum request, responses to which were due to be served on the Trustee and undersigned by September 21, 2016.

[3] Documents to be produced in the Kitchen Cabinets and Bath for Less, Inc. matter are critical to these proceedings.

Respectfully submitted:

**McLAUGHLIN & STERN, LLP**
Cityplace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel: (561) 659-4020
Email: snewburgh@mclaughlinstern.com
*Counsel for Plaintiff, E & Y Assets, LLC*

By: /s/ *Steven S. Newburgh*
      STEVEN S. NEWBURGH, ESQ.
      Florida Bar No. 348619