**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

**In re:**                                                                                    **Case No. 16-16003-AJC**

**SILA ESTEVEZ,**
**SILA ESTEVEZ a/k/a**
**SILA MARIA ESTEBEZ MONTALBAN, a/k/a**                    **Chapter 7**
**SILA ESTEBEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ, a/k/a**
**SILA M. ESTEVEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ, a/k/a**
**SILA MARIA ESTEBEZ, a/k/a**
**SILA ESTEBEZ, a/k/a**
**SILA M. ESTEBEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ MONTALBAN, a/k/a**
**SILA M. ESTBEZ.**

          **Debtor .**
_____/

**THIRD MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE**
**PURSUANT TO 11 U.S.C. §727**

Creditor, E&Y Asstes, LLC, through undersigned counsel, pursuant to 11 U.S.C. § 727 respectfully requests entry of an order permitting an additional sixty (60) days in which to object to discharge pursuant to 11 U.S.C. §727, and in support thereof, states:

1. The 2004 Examination, *Duces Tecum*, for the Debtor's company, "Kitchen Cabinets and Bath for Less, Inc." was scheduled by both Creditor herein and the Chapter 7 Trustee, Barry Mukamal, to take place on October 5, 2016.

2. The Debtor in that case, which is solely owned and controlled by the Debtor herein, Sila Estevez, failed to comply with the Trustee's request that the documents further to the *duces tecum* requests of the Trustee be made available for inspection by the Trustee's counsel and undersigned, at least 3 days prior to the examination. Due to the failure of Sila Estevez to produce

any documents, the Trustee cancelled the examination and has renoticed same for November 10, 2016 at 10:30 A.M.

3. Creditor's Request for Production of Documents was served on July 19, 2016 (ECF No. 22). As of this date, Debtor has continued to fail to produce the documents responsive to Creditor's Request for Production, erroneously claiming that the documents were only to be produced at the 2004 Examination of the Debtor. The Debtor is playing games by failing to produce documents to the Trustee in the Kitchen Cabinet and Bath for Less, Inc. Chapter 7 proceedings, which documents were also to be produced to the undersigned counsel for Creditor, E & Y Assets, Inc.

4. This date, Creditor, E & Y Assets, Inc., filed its 523 Complaint against the Debtor as to the allegations in the state court fraud case that is pending in the 11th Judicial Circuit, Miami-Dade County, Florida. A Default was previously entered against Debtor in those proceedings and these Chapter 7 proceedings were filed to derail those state court proceedings. Creditor believes this case was filed in bad faith but reserves pending full discovery.

5. The deadline for Creditor's 727 Objection to Discharge was extended by this court, and expires on October 10, 2016. [ECF No. 38].

6. Creditor is in need of an extension of time in which to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 so that Debtor's 2004 Examination can be obtained and documents responsive to Creditor's Request for Production can be examined or compelled to be produced. A decision as to whether a 727 Complaint should be filed in this matter is dependent upon the examination of the Debtor and others and review of documents which have been requested by the Creditor and the Trustee in the Kitchen Cabinets and Bath for Less, Inc. case and the Creditor's long-standing request for production served in these proceedings.

7. Creditor requests a sixty (60) day extension to expire on December 12, 2016.

8. Undersigned counsel assumes that Debtor will object to the requested relief as Debtor has asked the Court to vacate the previous <u>agreed</u> order extending the 523 and 727 deadlines in this case after the agreed order became final. Creditor will be filing a response to Debtor's motion.

**WHEREFORE**, Creditor, E&Y Assets, LLC respectfully requests entry of an Order extending the deadline for an objection to debtor's discharge pursuant to 11 U.S.C. §727 for an additional sixty (60) days, or until December 12, 2016, and for such other relief as this Court deems appropriate.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated**: October 10, 2016**

**McLaughlin & Stern, LLP**
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel: (561) 659-4020
Email: snewburgh@mclaughlinstern.com
*Counsel for Creditor, E & Y Assets, LLC*

By: */s/ Steven S. Newburgh*
    **STEVEN S. NEWBURGH, ESQ.**
    Florida Bar No. 034861

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was served this 10th day of October, 2016, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties listed therein who are not authorized to be served electronically through the Court's CM/ECF system.

    */s/ Steven S. Newburgh*
    STEVEN S. NEWBURGH, ESQ.
    Fla. Bar No. 348619

**SERVICE LIST**

# Mailing Information for Case 16-16003-AJC

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin    calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

    State Farm Bank
    c/o Becket and Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701