UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

**In re:**   Case No. 16-16003-AJC

**SILA ESTEVEZ,**
**SILA ESTEVEZ a/k/a**
**SILA MARIA ESTEBEZ MONTALBAN, a/k/a**   Chapter 7
**SILA ESTEBEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ, a/k/a**
**SILA M. ESTEVEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ, a/k/a**
**SILA MARIA ESTEBEZ, a/k/a**
**SILA ESTEBEZ, a/k/a**
**SILA M. ESTEBEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ MONTALBAN, a/k/a**
**SILA M. ESTBEZ.**

                **Debtor .**
_____/

## REQUEST FOR JUDICIAL NOTICE

Creditor, E&Y ASSETS, ("Creditor"), pursuant to Rule 201(c)(2) of the Evidence Code and Rule 44 of the Federal Rules of Civil Procedure, respectfully request this Court take judicial notice of adjudicative facts applicable to the issues in these Chapter 7 proceedings and states:

1.     Creditor respectfully requests this Honorable Court take judicial notice of the state court docket and filings in the proceedings currently pending in the Circuit Court for the 11th Judicial Circuit, in and for Miami-Dade County, Florida, in the case styled: *E & Y Assets, LLC v. Sila Estevez, Hiran Mazaira and Kitchen Cabinets and Bath for Less, Inc.*, Case No. 50-2015-CA 012638XXXXMB.

2. Specifically, Creditor requests judicial notice be taken of the attached Docket Report as an official record of the state court, the *Amended Complaint* in those proceedings including the *Civil Theft Notice and Demand*, dated October 13, 2015, directed to all defendants therein, including the Debtors before this Court, Sila Estevez and Kitchen Cabinets and Both for Less, Inc.; the *Suggestion of Bankruptcy* filed by Debtor's bankruptcy counsel, Robert Sanchez, Esq. on February 5, 2016 in the state court proceedings; the *Default* entered by the Clerk against Kitchen Cabinets and Bath for Less, Inc. on December 30, 2015; the *Order Granting Plaintiff's Motion for Judicial Default* entering a Default for failure to plead against the Debtor, *Sila Estevez* and a non-debtor/co-obligor, Hiran Mazaira, entered on February 16, 2016; and the *Partial Final Judgment after Default*, entered on May 18, 2016 against defendant therein, Hiran Mazaira, all of which are attached hereto as Composite Exhibit 1.

3. Creditor further requests judicial notice be taken of the entire docket and all filings in the Chapter 7 proceedings for Kitchen Cabinets and Bath for Less, Inc., Case No. 16-11649-AJC.

**WHEREFORE**, Creditor, E&Y Assets, LLC, respectfully requests this Honorable Court take Judicial Notice of the state court docket and filings as attached to this motion and for judicial notice of the entire docket and all filings in the Chapter 7 proceedings for Kitchen Cabinets and Bath for Less, Inc., Case No. 16-11649-AJC and for such other relief as this Court deems appropriate.

> I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated**:** **October 11, 2016**                    **McLaughlin & Stern, LLP**
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel:  (561) 659-4020
Email:  snewburgh@mclaughlinstern.com
*Counsel for Creditor, E & Y Assets, LLC*

By: */s/ Steven S. Newburgh*
    **STEVEN S. NEWBURGH, ESQ.**
    Florida Bar No. 034861

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served this 11th day of October, 2016, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties listed therein who are not authorized to be served electronically through the Court's CM/ECF system.

 */s/ Steven S. Newburgh*
STEVEN S. NEWBURGH, ESQ.
Fla. Bar No. 348619

**SERVICE LIST**

# Mailing Information for Case 16-16003-AJC

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin    calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

    State Farm Bank
    c/o Becket and Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701