# Case Details: 50-2015-CA-012638-XXXX-MB

| | | | |
|---|---|---|---|
| **Full Name** | ESTEVEZ, SILA | **DOB** | |
| **Party Type** | DEFENDANT/RESPONDENT | **Sex** | |
| **Case #** | 50-2015-CA-012638-XXXX-MB | **Race** | |
| **Status** | Closed | **Fee Balance** | 0.0000 |
| **Citation #** | | **Division** | AD: Circuit Civil Central - AD |
| **Booking #** | | **Speedy Trial Du** | |

## Court Events
No Court Events Found.

## Main Parties
**Judge:** KEYSER, JUDGEGREGORY

## Parties

| Full Name | Party Type | Sex | Race | Date of Birth | AKA | Deceased | Sheriffs # | Hair | Eyes | |
|---|---|---|---|---|---|---|---|---|---|---|
| E&Y ASSETS LLC | PLAINTIFF/PETITIONER | | | | | | | | | |
| ESTEVEZ, SILA | DEFENDANT/RESPONDENT | | | | | | | | | |
| MAZAIRA, HIRAN | DEFENDANT/RESPONDENT | | | | | | | | | |
| KITCHEN CABINETS AND BATH FOR LESS INC | DEFENDANT/RESPONDENT | | | | | | | | | |

## Charges
No Charges Found.

## Linked Cases
No Linked Cases Found.

## Sentences
No Sentences Found.

## Warrants/Service Docs
No Warrants/Service Docs Found.

## Dockets

| Im | Seq # | Effective Date | Co | Description | Docket Text | Book | Page | Docket ID |
|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 11/10/2015 | | ADDITIONAL COMMENTS | | | | 88898546 |
| 0 | 2 | 11/10/2015 | | CAFF | Filed by PLAINTIFF E&Y ASSETS LLC | | | 88898991 |
| 0 | 3 | 11/10/2015 | | PENDING | | | | 88978846 |
| 1 | 4 | 11/10/2015 | | CIVIL COVER SHEET | F/B PLT Filed by PLAINTIFF E&Y ASSETS LLC | | | 114853125 |
| 1 | 5 | 11/10/2015 | | COMPLAINT | F/B PLT Filed by PLAINTIFF E&Y ASSETS LLC | | | 114885037 |
| 1 | 6 | 11/10/2015 | | SUMMONS ISSUED | AS TO SILA ESTEVEZ (EMAILED TO ATTY) SM-15-074541 Filed by DEFENDANT SILA ESTEVEZ | | | 114851955 |
| 1 | 7 | 11/10/2015 | | SUMMONS ISSUED | AS TO HIRAN MAZAIRA (EMAILED TO ATTY) SM-15-074542 Filed by DEFENDANT HIRAN MAZAIRA | | | 126574957 |
| | | | | | AS TO KITCHEN CABINETS AND BATH FOR LESS INC (EMAILED TO ATTY) SM-15-074543 | | | |

| 1 | 8 | 11/10/2015 | SUMMONS ISSUED | LESS INC (EMAILED TO ATT) SM-15-07/4343 Filed by DEFENDANT KITCHEN CABINETS AND BATH FOR LESS INC | | | 126572166 |
|---|---|---|---|---|---|---|---|
| 0 | 9 | 11/13/2015 | RECEIPT FOR PAYMENT | A Payment of -$431.00 was made on receipt CAMB1036901. Filed by PLAINTIFF E&Y ASSETS LLC | | | 88898992 |
| 1 | 10 | 11/20/2015 | COMPLAINT | AMENDED FILED BY PLT Filed by PLAINTIFF E&Y ASSETS LLC | | | 126574831 |
| 1 | 11 | 12/14/2015 | MOTION FOR EXTENSION OF TIME | TO RETAIN COUNSEL F\B DFT, SILA ESTEVEZ Filed by DEFENDANT SILA ESTEVEZ | | | 126574486 |
| 1 | 12 | 12/14/2015 | MOTION FOR EXTENSION OF TIME | TO RETAIN COUNSEL F\B DFT, HIRAN MAZAIRA Filed by DEFENDANT HIRAN MAZAIRA | | | 126573117 |
| 1 | 13 | 12/18/2015 | SERVICE RETURNED (NUMBERED) | KITCHEN CABINETS AND BATH FOR LESS INC SERVED 11/17/15 Filed by DEFENDANT KITCHEN CABINETS AND BATH FOR LESS INC | | | 126573403 |
| 1 | 14 | 12/18/2015 | SERVICE RETURNED (NUMBERED) | SILA ESTEVEZ SERVED 11/17/15 Filed by DEFENDANT SILA ESTEVEZ | | | 126573355 |
| 1 | 15 | 12/18/2015 | SERVICE RETURNED (NUMBERED) | HIRAN MAZAIRA SUBSTITUTE SERVED 11/17/15 Filed by DEFENDANT HIRAN MAZAIRA | | | 126574958 |
| 1 | 16 | 12/21/2015 | MOTION FOR DEFAULT | AGAINST DEFENDANT, KITCHEN CABINETS AND BATH FOR LESS, INC FILED BY E&Y ASSETS LLC Filed by PLAINTIFF E&Y ASSETS LLC | | | 126572802 |
| 1 | 17 | 12/23/2015 | NOTICE OF HEARING | ON 1/5/16 @ 8:45 AM ROOM 11D F/B/PLTF Filed by PLAINTIFF E&Y ASSETS LLC | | | 126573975 |
| 1 | 18 | 12/30/2015 | CLERK'S DEFAULT | AS TO KITCHEN CABINETS AND BATH FOR LESS INC; COPIES FURNISHED TO SHETZEL@ZARETSKYLAW.COM | | | 94718436 |
| 1 | 19 | 1/6/2016 | ORDER | ON DEFENDANT, ESTEVEZ'S MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL GRANTED DFT SHALL HAVE 20 DAYS TO RETAIN COUNSEL WHO FILE A WRITTEN RESPONSE TO COMPLAINT OF DFT PRO SE RESPONSE TO THE COMPLAINT WITHIN 20 DAYS G KEYSER DTD 1/5/16 | | | 126573502 |
| 1 | 20 | 1/6/2016 | ORDER | ON DFT, MAZAIRA'S MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL GRANTED DFT SHALL HAVE 20 DAYS TO RETAIN COUNSEL WHO FILES A WRITTEN RESPONSE TO THE COMPLANTI OR DFT PRO SE RESPONSE TO THE COMPLAINT WITHIN 20 DAYS G KEYSER DTD 1/5/16 | | | 126571881 |
| 1 | 21 | 2/2/2016 | MOTION FOR DEFAULT | AGAINST SILA ESTEVEZ, HIRAN MAZAIRA; F/B PLT | | | 141591104 |
| 1 | 22 | 2/5/2016 | NOTICE OF HEARING | F/B PLT 02/16/2016 8:45AM COURTROOM 11D | | | 141684021 |
| 1 | | 2/6/2016 | SUGGESTION OF | F/B KITCHEN CABINETS AND BATH FOR LESS/ | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 23 | 2/6/2016 | BANKRUPTCY | SILA ESTEVEZ CHAPTER 7 | | | | | 141/192/4 |
| 1 | 24 | 2/18/2016 | ORDER GRANTING | PLTS MOTION FOR JUDICIAL DEFAULT - GRANTED GKEYSER 2/16/16 | | | | | 142045216 |
| 1 | 25 | 3/1/2016 | RETURNED MAIL | HIRAN MAZAIRA | | | | | 142327859 |
| 1 | 26 | 3/1/2016 | RETURNED MAIL | SILA ESTEVEZ | | | | | 142327860 |
| 1 | 27 | 4/1/2016 | ORDER ON PLTFS REQUEST FOR PARTIAL FINAL JUDGMENT AFTER DEFAULT - DENIED. DTD 3/21/16  GREGORY KEYSER | ON PLTFS REQUEST FOR PARTIAL FINAL JUDGMENT AFTER DEFAULT - DENIED. DTD 3/21/16  GREGORY KEYSER | | | | | 143095845 |
| 1 | 28 | 4/1/2016 | RETURNED MAIL | SILA ESTEVEZ | | | | | 143131682 |
| 1 | 29 | 4/1/2016 | RETURNED MAIL | HIRAN MAZAIRA | | | | | 143131689 |
| 1 | 30 | 4/20/2016 | MOTION FOR FINAL JUDGMENT | FOR PARTIAL FINAL JUDGMENT AFTER DEFAULT (F/B PLT) | | | | | 143640695 |
| 1 | 31 | 4/26/2016 | NOTICE OF HEARING | F/B PLT 05/04/2016 8:45AM COURTROOM 11D | | | | | 143770987 |
| 1 | 32 | 4/26/2016 | SUGGESTION OF BANKRUPTCY | DEFENDANT, SILA ESTEVEZ CASE NUMBER 16-16003-RAM   F\B DFT | | | | | 143794221 |
| 1 | 33 | 5/5/2016 | CERTIFICATE OF MAILING | FB PLT | | | | | 144055467 |
| 1 | 34 | 5/10/2016 | RE-NOTICE OF HEARING | ON WEDNESDAY 5/18/16 AT 8:45AM COURTROOM 11D F/B PLT | | | | | 144201350 |
| 1 | 35 | 5/18/2016 | DEFAULT FINAL JUDGMENT BOOK 28314 PAGE 263-264 | PLAINTIFF SHALL HAVE AND RECOVER FROM HIRAN MAZAIRA INDIVIDUALLY THE SUM OF $92,559.00  FOR WHICH LET EXECUTION ISSUE G KEYSER DTD 5/18/16 | 28314 | 263 | | | 144420626 |
| 0 | 36 | 5/18/2016 | DISPOSED BY DEFAULT | | | | | | 144420860 |
| 1 | 37 | 5/31/2016 | RETURNED MAIL | HIRAN MAZAIRA | | | | | 144753147 |

## Arrests
No Arrests Found.

## Bonds
No Bonds Found.

## Fees

| Effective Date | Due Date | Description | Amount Due | Amount Paid | Balance | In Collections | In Judgment |
|---|---|---|---|---|---|---|---|
| 11/13/2015 | 11/13/2015 | Civil Conversion Fee PB | $401.00 | $401.00 | $0.00 | | |
| 11/13/2015 | 11/13/2015 | Civil Conversion Fee PB | $30.00 | $30.00 | $0.00 | | |

## Total Fees
Total Amount Due: $431.00     Total Amount Paid: $431.00     Total Balance: $0.00     Total Judgement Interest:

Total Balance + Interest: $0.00

## Payment Plans
No Payment Plans Found.

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

E & Y ASSETS LLC, a Florida
Limited Liability Company,

      Plaintiff,                  CASE NO: <u>502015CA012638XXXXMB</u>

vs.

SILA ESTEVEZ, HIRAN MAZAIRA,
and KITCHEN CABINETS AND BATH
FOR LESS, INC., a Florida corporation,

      Defendants.
_____/

## AMENDED COMPLAINT

NOW COMES Plaintiff, E&Y ASSETS LLC, by and through its undersigned

counsel, who sues Defendants, SILA ESTEVEZ, HIRAN MAZAIRA, and KITCHEN

CABINETS AND BATH FOR LESS, INC., a Florida Corporation, and states:

1)      This is an action for damages which exceed $15,000.

2)      Defendant KITCHEN CABINETS AND BATH FOR LESS, INC.,

(hereinafter "KCBFL") is a Florida corporation, whose registered place of business is in

Miami-Dade County, FL.

3)      Defendant HIRAN MAZAIRA (hereinafter "MAZAIRA") is a resident of

Miami-Dade County, over 18 years of age, and otherwise *sui juris*.

4)      Defendant SILA ESTEVEZ (hereinafter "ESTEVEZ") is a resident of

Miami-Dade County, over 18 years of age, and otherwise *sui juris*.

EXHIBIT 1

5)    ESTEVEZ is the registered agent and President, as sole officer, of KCBFL. KCBFL is operated by ESTEVEZ and MAZAIRA.

6)    Venue is proper in Palm Beach County, FL as that is where the agreement was entered into, and where funds were originally taken by the Defendants giving rise to one of more of the causes of action stated herein.

## GENERAL ALLEGATIONS

7)    Plaintiff is the owner of a single family residential property located at 4365 13th PL, Vero Beach, Florida (the "Property").

8)    Plaintiff entered into an agreement with the Defendant, KCBFL, to perform construction on the Property in accordance with a Purchase Order Agreement and a schedule of work (together the "Agreement"), attached hereto as Exhibit A.

9)    On July 29, 2015, Defendants MAZAIRA and ESTEVEZ met Plaintiff in Boca Raton, Florida where they were given the deposit for the Agreement in the amount of $20,569.00 in cash.

10)    The Agreement specified a due date for completion of the construction as August 21, 2015.

11)    In early August, 2015, Defendant MAZAIRA contacted the Plaintiff with a request for the Second Payment in the amount of $10,284.00, and claimed the requisite work was done.  Relying on the representation, the Plaintiff wired $10,284.00 to Defendant ESTEVEZ's personal account at Bank of America on August 7, 2015 as instructed by Defendant MAZAIRA.

12)    On August 27, 2015, a representative from the building department of Indian River County, Florida visited the property, and cited the Plaintiff for demolition

Page 2 of  9

and remodeling without Permit.  That same day, Indian River County issued a Stop
Work Order on the Property.

13)    While on site, the representative from the building department found two
workers who were unsupervised by the Defendants.

14)    Plaintiff has made numerous demands to complete the project, which
have mostly gone unanswered.  When answers were received, they consisted of
excuses and promises for the work to be completed.

15)    No subsequent work was completed, and the Plaintiff terminated the
contract for nonperformance on September 24, 2015.

16)    Plaintiff has made demand for the return of the funds provided to the
Defendants which have gone unanswered.

17)    Plaintiff has had to hire counsel in this action and support its claims, and
has agreed to pay a reasonable fee for such services.

## COUNT I:  BREACH OF CONTRACT

Plaintiff reaffirms and realleges the allegations contained in paragraphs 1
through 17 as if fully set forth herein.

18)    The Agreement was entered into by the parties with the initial payment
being given and received on July 29, 2015.

19)    The Agreement provided the due date for completion of the work to be
August 21, 2015.

20)    Defendant, MAZAIRA, is the project coordinator listed on the Agreement.

21)    The Agreement identifies the Defendant, KCBFL, as a contractor.

22)    Defendant KCBFL breached the Agreement by failing to complete the contracted work by August 21, 2015.

23)    Defendant KCBFL further breached the Agreement by failing or refusing to complete the work beyond the August 21, 2015 date.

24)    The Agreement provides the work shall be overseen by a "Quality Control Team". No such team oversaw the quality control of this project evidenced by the unlicensed and subpar work done on the Property.

25)    A portion of the work done on the Property was subpar and not satisfactorily done, and required subsequent repair and removal which caused additional expense and damages to the Plaintiff.

26)    The Defendant KCBFL failed to apply for the proper permits for the work done, and failed to disclose to the Plaintiff that permits would be required for the scope of work, and caused the Plaintiff to suffer various violations and penalties associated with the same with Indian River County.

27)    Defendant MAZAIRA and KCBFL committed negligence, malfeasance, and/or misfeasance in its breach of the Agreement.

28)    Defendant MAZAIRA and KCBFL did not possess a general contractor's license as required by Florida law, or other licenses as required in the municipality or county of the Property.

29)    Pursuant to Florida Statute § 768.0425, Plaintiff is entitled to three times the actual damages sustained in addition to costs and attorney fees.

WHEREFORE, Plaintiff demands judgment against the Defendants MAZAIRA

and KCBFL for compensatory damages, treble damages, costs, attorney fees, and
such other relief as the courts deem just and proper.

<u>COUNT II: FRAUD</u>

Plaintiff reaffirms and realleges the allegations contained in paragraphs 1
through 17 as if fully set forth herein.

30)     Defendants MAZAIRA represented himself to the Plaintiff as a contractor
who was operating his business, KCBFL, to the standards of a contractor in the State of
Florida.

31)     Defendant MAZAIRA presented Plaintiff with the Agreement to complete
the work on the Property for the price specified in the Agreement.   Defendant MAZAIRA
requested the first payment to be paid in cash.

32)     Plaintiff paid the first payment to initiate the contract in cash to
Defendants MAZAIRA and ESTEVEZ in Boca Raton, Florida on July 29, 2015 in the
amount of $20,569.00.

33)     Defendants began work on the Property after the first payment was made,
and shortly thereafter claimed the requisite work was done to justify the second
payment, and requested the second payment from the Plaintiff.

34)     Plaintiff, in reliance on the representations by the Defendant MAZAIRA
and claims the work under the initial and second phase was complete, sent $10,284.00
as requested.   Defendant MAZAIRA requested the payment be made directly to the
account of ESTEVEZ, which payment was made on August 7, 2015.

35)     Plaintiff has since learned the photographs and claims by MAZAIRA

regarding work being done were deceitful and misleading, and did not accurately represent the truth of the work done.

36)    Defendants all knew the representations of licensure and work being completed were untrue, or they had the intention not to perform on the promises made, to induce the Plaintiff to make payments to the Defendants.

37)    Plaintiff relied on the representations made by the Defendants, and suffered damages as a result of such reliance.

WHEREFORE, Plaintiff requests judgment against the Defendants KCBFL, MAZAIRA, and ESTEVEZ in fraud for damages, punitive damages, attorneys fees and costs, and such other relief the court deems proper, or in the alternative that the Agreement be canceled, that the consideration paid by the Plaintiff to the Defendants be returned to the Plaintiff, damages, punitive damages, costs of this suit, attorney fees, and any other relief the court deems proper.

## COUNT III:  Unjust Enrichment

Plaintiff reaffirms and realleges the allegations contained in paragraphs 1 through 17 as if fully set forth herein.

38)    Plaintiff entered into an Agreement with the Defendant KCBFL.

39)    Defendants MAZAIRA and ESTEVEZ received the initial payment in cash under the Agreement in Boca Raton, Florida on July 29, 2015 in the amount of $20,569.00.

40)    Defendant MAZAIRA further instructed Plaintiff to deposit the second payment in the amount of $10,284.00 to the personal account of Defendant ESTEVEZ, which it did on August 7, 2015.

41)    Defendants have accepted the monied from the Plaintiff knowing it was meant in exchange for the work and materials promised in the Agreement.

42)    Defendants have failed to perform under the Agreement, and refuse to do so, causing the Plaintiff to bring this present action.

43)    Further, while Defendant KCBFL has performed some work on the Property, the work was substandard, resulted in fines and violations, has subjected the Property to theft, and has caused damage to the Property.

44)    It would be inequitable to allow the Defendants to retain the funds received from the Plaintiff.

## COUNT IV: Civil Theft

45)    Plaintiff  hereby re-alleges and incorporate paragraphs 1 through 17, as if fully set forth herein.

46)    Defendants have, without instruction or permission, obtained funds from the Plaintiff in the amount of $20,569.00 and $10,284.00, totaling $30,853.00.

47)    Defendant knowingly obtained and used money of the Plaintiff with the intent to either permanently deprive the Plaintiff of the money, and to appropriate the money to the Defendant's own use, without providing the benefit to the Plaintiff.

48)    Defendant's MAZAIRA and ESTEVEZ scheme was to lure the Plaintiff to submit these funds to their own benefit, which appears to be a common scheme of these Defendants.

49)    As a result, Plaintiff has been injured because of the violation of Florida Statute § 812.014(1), and has lost $30,853.00 plus interest from the date the money was taken.

50)     Plaintiff has made written demand in accordance with Florida Statutes. Over 30 days have passed but Plaintiff has received no response or return of the funds. A copy of the Civil Theft Notice Letter is attached as Exhibit B.

51)     Plaintiff has retained and is obligated to pay the undersigned attorney for its services in this matter.

WHEREFORE, Plaintiff demands judgment for treble damages and attorneys fees and costs against the Defendant.

WHEREFORE, Plaintiff requests judgment for the Plaintiff against the Defendants KCBFL, MAZAIRA, and ESTEVEZ for the monies recieved by them from the Plaintiff, punitive damages, pre and post judgment interest, costs, and such further relief as the court deems just and equitable.

A TRUE COPY of the foregoing was mailed to those listed on the attached Service List this 20th day of November, 2015.

ZARETSKY LAW GROUP
1615 Forum Place, Suite 3-A
West Palm Beach, FL 33401
Telephone: (561) 689-6660
shetzel@zaretskylaw.com
mzaretsky@zaretskylaw.com

/s/ A. Max Zaretsky
A. MAX ZARETSKY, ESQ.
Florida Bar No: 102906

Page 8 of 9

<u>SERVICE LIST</u>

Sila Estevez
16501 NW 84th Court
Miami Lakes, FL 33014

Hiran Mazaira
16501 NW 84th Court
Miami Lakes, FL 33014

Kitchen Cabinets and Bath For Less, Inc.
Registered Agent, Sila Estevez
1405 West 3rd Avenue
Hialeah, FL 33010



# ZARETSKY
## LAW GROUP

*of Counsel:*
**MICHAEL A. LAMPERT, ESQ.**
*Board Certified Tax Lawyer*
*Also Admitted in Pennsylvania*
*and Washington D.C.*

**ESTHER A. ZARETSKY, ESQ.**
*Also Admitted in New York*

BARRISTER BUILDING
1615 FORUM PLACE, SUITE 3A
WEST PALM BEACH, FLORIDA 33401
TEL. (561) 689-6660
TEL. (772) 237-0010 *(Martin / St. Lucie Counties)*
FAX (561) 683-1559
WWW.ZARETSKYLAW.COM

**RICHARD P. ZARETSKY, ESQ.**
*Board Certified Real Estate Lawyer*
rpz@zaretskylaw.com

**A. MAX ZARETSKY, ESQ.**
mzaretsky@zaretskylaw.com

October 13, 2015

**Sent via Regular Mail**
**and Hand Delivery to:**

SILA ESTEVEZ
Kitchen Cabinets and Bath For Less, Inc.
53 W. 21st Street, #2
Hialeah, FL 33010

SILA ESTEVEZ &
HIRAN MAZAIRA
16009 NW 82 Place
Miami Lakes, FL 33016

SILA ESTEVEZ
Kitchen Cabinets and Bath For Less, Inc.
16009 NW 82nd Place
Miami Lakes, FL 33016

SILA ESTEVEZ &
HIRAN MAZAIRA
16501 NW Court
Miami Lakes, FL 33014

## CIVIL THEFT NOTICE & DEMAND

To Those Listed on this Notice:

**YOU ARE NOTIFIED** that you have taken $30,853.00 for the purpose of construction on 4365 13th Place, Vero Beach, FL, and have deprived our client, E&Y Assets LLC, of the right to the items described, and the benefits therefrom or appropriated the items to your own use or to the use of another who is not entitled thereto. Section 772.11 Florida Statutes permits our client to make claim against you for triple the amount of damages sustained because of the deprivation in the sum of $92,559.00.

FURTHER, our client is entitled to triple damages against you for violation of Florida Statutes § 768.0425 for contracting without the required license.

**THIS IS A DEMAND THAT YOU PAY THE SUM SPECIFIED WITHIN 30 DAYS OF RECEIPT OF THIS NOTICE. IF THE FUNDS ARE NOT RECEIVED IN FULL BY**



EXHIBIT
B

THIS FIRM BY THAT TIME, ALL AVAILABLE LEGAL REMEDIES WILL BE
PURSUED AGAINST YOU BY THIS FIRM ON BEHALF OF OUR CLIENT.  PLEASE
GOVERN YOURSELF ACCORDINGLY.

Sincerely,

ZARETSKY LAW GROUP

A. Max Zaretsky

AMZ/smh

*THIS CIVIL THEFT NOTICE & DEMAND WAS HAND DELIVERED UPON*
Hirah / silva ___ on October 14, 2015 by ___ Eli Heh
Mazariu / Estevez

Signature

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

E & Y ASSETS, LLC                          CASE NO: 502015CA012638XXXXMB
         Plaintiff,
vs.

SILA ESTEVEZ, HIRAN MAZAIRA,
and KITCHEN CABINETS AND BATH
FOR LESS, IMC., a Florida corporation,
         Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

Defendant, Kitchen Cabinets and Bath for Less, Inc. / Sila Estevez, show that she has filed a petition for relief under Chapter 7 of Title 11, US Code, in the United States Bankruptcy Court for the Southern District of Florida, which has been assigned case number **16.11649.AJC**.

Relief was ordered on February 4, 2016 and suggests that this action has been stayed by the operation of Title 11 U.S.C. Section 362.

This notice shall not constitute a notice of appearance on behalf of Defendant(s) in the instant case. Undersigned counsel solely represents Defendant(s) in the above referenced Bankruptcy case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of February, 2016 a true and correct copy of the foregoing has been furnished via U.S. mail to: Richard P Zaretsky, P.A., 1615 Forum Place, Suite 3A, West Palm Beach, FL 33401.

Robert Sanchez, Esq.
355 West 49 Street
Hialeah, FL 33012
Tel. (305)-687-8008


By:   */s/ Robert Sanchez*
Robert Sanchez, Esquire

Exhibit 2

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN
AND FOR PALM BEACH COUNTY,
FLORIDA

Case Number: 502015CA012638XXXXMB
Division:     AD

E&Y ASSETS LLC
          Plaintiff(s),
    vs.

SILA ESTEVEZ          Defendant(s).

# DEFAULT

A default is entered in the above styled cause against:

KITCHEN CABINETS AND BATH FOR LESS INC

for failure to serve or file any pleading or document as required by law.

Dated on: 30 day of DECEMBER, 2015.



Sharon R. Bock
Clerk & Comptroller

By: _____
    As Deputy Clerk

      Thomas Hardy

☐   Copies not furnished – envelopes not provided.

☒  ·  Copies furnished to:
    SHETZEL@ZARETSKYLAW.COM

*ExHibiT 3*

*** FILED: PALM BEACH COUNTY, FL  SHARON R BOCK, CLERK. 12/30/2015 04:59:39 PM ***

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA - CIRCUIT DIVISION ___*AD*___

CASE NO.: *502015CA012638XXXXMB*

_E+Y Assets LLC_
   **Plaintiff(s)**

vs.

_Sila Estevez , Hiran Mazaira,_
   **Defendant(s)**
_& Kitchen Cabinets and Bath for Less Inc_

ORDER (GRANTING)/~~DENYING~~

THIS CAUSE came before the Court on _Plaintiff's Motion for Judicial_
_Default_

and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that said motion be, and the same is hereby (GRANTED)/~~DENIED~~.

_A Judicial Default is entered against Sila Estevez._
_A Judicial Default is entered against Hiran Mazaira._

DONE AND ORDERED in Chambers at West Palm Beach. Palm Beach County, Florida
this _16_ day of _February_ , 20 _16_ .

Names and addresses of
copies furnished to:

_Circuit Judge_

_A. Max Zavotsky, 1615 Forum Pl #3A, West Palm Beach, FL 33401_
_Sila Estevez, 16501 NW 84th Ct, Miami Lakes, FL 33014_
_Hiran Mazaira, 16501 NW 84th Ct, Miami Lakes, FL 33014_
_Kitchen Cabinets and Bath for Less, Inc., Registered Agent, Sila Estevez_
_1405 West 3rd Ave, Hialeah, FL 33010_

_Exhibit 4_

Form 50

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

E & Y ASSETS LLC, a Florida
Limited Liability Company,

      Plaintiff,               CASE NO: <u>502015CA012638XXXXMB</u>

vs.

SILA ESTEVEZ, HIRAN MAZAIRA,
and KITCHEN CABINETS AND BATH
FOR LESS, INC., a Florida corporation,

      Defendants.

_____/

## MOTION FOR PARTIAL FINAL JUDGMENT AFTER DEFAULT

COMES NOW Plaintiff, E & Y ASSETS LLC, by and through its undersigned

counsel and, pursuant to Fla. R. Civ. P. 1.500(e), files this Motion for Partial Final

Judgment After Default, and would state the following:

      1)    On or about November 15, 2015, Plaintiff filed its complaint against the

Defendants.

      2)    On November 17, 2015, all Defendants were served with service.

      3)    On December 30, 2015, a Clerk's Default was entered against Defendant

KITCHEN CABINETS AND BATH FOR LESS, INC.

      4)    On February 5, 2016, a Suggestion of Bankruptcy was filed citing a

bankruptcy case for KITCHEN CABINETS AND BATH FOR LESS, INC only.  The

undersigned confirmed with the filing attorney's office that the bankruptcy was for the

corporation only and no bankruptcy was filed for the other Defendants.

      5)    On February 16, 2016, the Court issued a Judicial Default on  Defendants

HIRAN MAZAIRA and SILA ESTEVEZ.

6)    In seeking a Default Judgment, this Court ordered a hearing necessary to determine damages. As stated in Plaintiff's Complaint, Plaintiff paid a total of $30,853.00 to Defendants. See Supporting Affidavit attached hereto as Exhibit A.

7)    Plaintiff is entitled to attorneys fees and costs from Defendants HIRAN MAZAIRA pursuant to § 768.0425(2), Fla. Stat. and both HIRAN MAZAIRA and SILA ESTEVEZ pursuant to § 812.014(1), Fla. Stat.

WHEREFORE, Plaintiff requests that the Court grant a Partial Default Final Judgment to the Plaintiff against the Defendants HIRAN MAZAIRA and SILA ESTEVEZ.

I HEREBY CERTIFY that a true copy of the foregoing was mailed to those listed below this _20_ day of April, 2016.

Sila Estevez
16501 NW 84th Court
Miami Lakes, FL 33014

Hiran Mazaira
16501 NW 84th Court
Miami Lakes, FL 33014

Kitchen Cabinets and Bath For Less, Inc.
Registered Agent, Sila Estevez
1405 West 3rd Avenue
Hialeah, FL 33010

ZARETSKY LAW GROUP
1615 Forum Place, Suite 3-A
West Palm Beach, FL 33401
Telephone: (561) 689-6660
shetzel@zaretskylaw.com
mzaretsky@zaretskylaw.com

A. MAX ZARETSKY, ESQ.
Florida Bar No: 102906

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

E & Y ASSETS LLC, a Florida
Limited Liability Company,

      Plaintiff,

vs.

CASE NO: <u>502015CA012638XXXXMB</u>

SILA ESTEVEZ, HIRAN MAZAIRA,
and KITCHEN CABINETS AND BATH
FOR LESS, INC., a Florida corporation,

      Defendants.

_____/

### AFFIDAVIT OF ELI CHEN

STATE OF    <u>Florida</u>
COUNTY OF   <u>Palm Beach</u>

      BEFORE ME this date personally appeared ELI CHEN, being first duly sworn, deposes and says that:

      1)    I am the Manager of E & Y ASSETS LLC.

      2)    E & Y ASSETS LLC is the owner of the of the property located at 4365 13th PL, Vero Beach, FL ("the Property) where the contracted work at issue was to be performed, giving rise to the instant action.

      3)    On or about July 27, 2015, E & Y ASSETS LLC entered into a Purchase Order Agreement and schedule of work (together the "Agreement") with Defendant, KITCHEN CABINETS AND BATH FOR LESS, INC. ("KCBFL") to perform construction work on the Property.

      4)    On July 29, 2015, I personally met Defendants, SILA ESTEVEZ and

Page 1 of 3



HIRAN MAZAIRA, on behalf of KCBFL, and pursuant to the Agreement, paid them Deposit money in the amount of $20,569.00 in cash.  See Purchase Order with handwritten receipt of $20,569.00 in cash signed by Defendant, HIRAN MAZAIRA, and Chase bank withdrawal details from E & Y Assets LLC, together attached hereto as Exhibit A.

5)    On or around early August, 2015, Defendant, HIRAN MAZAIRA, contacted me requesting a Second Payment in the amount of $10,284.00 and claimed the requisite work was completed.

6)    On August 7, 2015, in reliance on Defendant, HIRAN MAZAIRA'S, claim that the requisite work was completed, I wired the $10,284.00 requested to his wife's (SILA ESTEVEZ'S),  personal bank account at Bank of America.  See Chase bank transfer details, attached hereto as Exhibit B.

7)    On August 27, 2015, an Indian River County representative visited the Property citing E & Y ASSETS LLC, as property owner, for demolition work and remodeling without permit and issued a Stop Work Order on the Property.

8)    I have made numerous demands to complete the subject project, most of which have gone unanswered.  Any answers received consisted of excuses and promises to complete the work. No subsequent work has been completed on the subject project.

9)    On September 24, 2015, E & Y ASSETS LLC terminated the Agreement for non-performance.

10)    E & Y ASSETS LLC has demanded the return of funds submitted to Defendants which have gone unanswered.

11)    To date, E & Y ASSETS LLC has paid a total of $30,853.00 to HIRAN

MAZAIRA and his wife, SILA ESTEVEZ.

FURTHER AFFIANT SAYETH NAUGHT.



Eli Chen

BEFORE ME, the undersigned authority, this date personally appeared ELI
CHEN, the Affiant in the above Affidavit, who has produced _____
_____ as identification, or is personally known to me, and who
did/did not take an oath, and deposes and says that he is the Affiant in the above
Affidavit; that he has read the foregoing Affidavit and has knowledge of the facts and
matters set forth and alleged in it; and that each of the facts and matters are true and
correct.

SWORN TO AND SUBSCRIBED before me this 18 day of April, 2016.



Notary Public

Page 3 of 3



Kitchen Cabinets and Bath
16009 NW 82 Place Miami Lakes Fl. 33016

## Purchase Order

| | |
|---|---|
| PO Number: | 0000093750 |
| Order Date: | 07/27/2015 |
| Work Order: | 0000047520 |

To: EY Assets, LLC
1615 Forum Place, Suite 3A
West Palm Beach, Florida, 33401

JOB ADDRESS:    4385 13ᵗʰ PLACE VERO BEACH FLORIDA

LOCK BOX CODE:    N/A
JOB PRICE        $41,138.00
START DATE:      0729/2015                     KCB AI-FL 7 LLC
DUE DATE:        08/21/2015
PROJECT COORDINATOR:  HIRAM MAZIARA   Phone: 954-560-9917
FIELD PROJECT MANAGER:   ALBERTO DIAZ

| | |
|---|---|
| Subtotal: | $41,138.00 |
| Tax Amount: | $0.00 |
| **Total Amount:** | **$41,138.00** |

SCOPE OF WORK
As per attached item.

NOTE: The materials on the material form WILL be purchased through Home Depot using the KCB account.

Payment Schedule:
DEPOSIT UPON ACCEPTING OF P.O. AND COMENCEMENT OF WORK..................................$20,569.00
SECOND PAYMENT UPON COMPLETION OF FLOORS AND PAINTING OF INTERIOR AND EXTERIOR .......$10,284.00
FINAL PAYMENT UNPON TURNKEY AND FINAL ACCEPTANCE OF WORK...............................$10,285.00

**THE ABOVE SCOPE OF WORK WILL BE CHECKED FOR COMPLETENESS AND WORKMANSHIP BY OUR QUALITY CONTROL TEAM. IF ANY ITEM IS LEFT UNDONE AND THE QC HAS TO BE RE-SCHEDULED A $50 FEE WILL BE ASSESSED OR IF ANY MAJOR QUALITY ISSUES EXIST AT THIS TIME, CONTRACTOR IS EXPECTED TO RETURN PROMPTLY TO CORRECT AND A $50 FEE WILL BE ASSESSED.**

*Cash Payment $20,569.00*
*Recieved 7/29/15*

INSTRUCTIONS
1. REPLY ALL TO THIS EMAIL TO ACCEPT JOB
2. INCLUDE START AND FINISH DATES FOR THE PROJECT
3. EMAIL FIELD PROJECT MANAGER AND PROJECT COORDINATOR WITH ANY CHANGES
   TO SCOPE OR SCHEDULE
4. COMPLETE JOB
5. EMAIL BEFORE AND AFTER PICTURES WITH DATE STAMP

## Purchase Order

EXHIBIT

tabbies

A



Chase.com | Contact Us | Privacy Notice | En Español |  Search: [How can we help you today]

LOG OFF

CHASE ONLINE℠  Friday, October 16, 2015

My Accounts > Account Activity > Check Details

## Check Details

○ Print ○ Help with this page

**I'd like to...**
▸ See Account Statements

EY Assets LLC (...3700)

Check Number: N/A        Post Date: 07/29/2015        Amount of Check: $20,570.00

Front  🔍 Enlarge/Reduce Check Image

**Deposit confidently** at Chase ATMs with check images printed on your receipt
Learn more

CHASE ◊        WITHDRAWAL/RETIRO        CHECKING/CHEQUES ☑
                                         SAVINGS/AHORROS ☐
                                         IVT 50000017

Today's Date/Fecha    Customer Name (Please Print)/Nombre del cliente (en letra de molde)
07/29/2015  EY then EY Assets LLC

If Purchasing a Cashier's Check Payable If you intend to use to obtain compra un cheque de caja, escriba el nombre del beneficiario aquí

Customer Signature / Firma del cliente

Start your account number here!
¡Empiece su número de cuenta aquí!        AMOUNT/CANTIDAD

3700        TOTAL $   20570.00

⑈005118585⑈  ⑆50000010⑈⑇

**Need help printing or saving this check?**

Back  🔍 Enlarge/Reduce Check Image

**Accept payments** anywhere with a free mobile card reader.
Learn More

JPMorganChaseBank 072901 172818 960420019562

**Need help printing or saving this check?**

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures

© 2015 JPMorgan Chase & Co.



CHASE

Chase.com | Contact Us | Privacy Notice | En Español | Search: How can we help you today

LOG OFF

My Accounts > Account Activity

## Account Activity

○ Print ○ Help with this page

WE'RE LISTENING ▶

Securely manage employee access to business accounts with Chase Access Manager℠
Learn more

With a Chase business checking account, get next-day funding for your credit card sales.

I'd like to...
▸ Pay bills
▸ See statements
▸ See account notices
◀ See more choices

Activity for ....  EY Assets LLC (...3700)  Show

Details for EY Assets LLC (...3700)

| | | |
|---|---|---|
| Present Balance | | Uncollected funds – Total |
| Available Balance | | |
| Available Credit | | |
| Available Plus Credit | | |

See full account number ○

Transaction Results (1 - 32) for EY Assets LLC (...3700)          Next ➔

Outgoing Wire Transfr  Show          View checks by check number | Search Transactions

| Date | Type | Description | Debit | Credit |
|---|---|---|---|---|
| 08/07/2015 | Outgoing Wire Transfer | ONLINE WIRE TRANSFER VIA: BANK OF AMERICA, N.A./0959 A/C: BANK OF AMERICA MIAMI FL BEN: SILA ESTEVESZ HIALEAH FL 33 010 US REF: VERO BEACH REHAB EXPENSE SSN: 0368462 TRN: 4 385300219ES 08/07 | $10,284.00 | |

EXHIBIT
B

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO: <u>502015CA012638XXXXMB</u>

E & Y ASSETS LLC, a Florida
Limited Liability Company,

      Plaintiff,

vs.

SILA ESTEVEZ, HIRAN MAZAIRA,
and KITCHEN CABINETS AND BATH
FOR LESS, INC., a Florida corporation,

      Defendants.

_____/

## PARTIAL FINAL JUDGMENT AFTER DEFAULT

    **THIS CAUSE** came before the court on May 18 , 2016, on Plaintiff, E & Y ASSETS

LLC's Motion for Partial Final Judgment After Default against Defendant HIRAN MAZAIRA,

and the court, having reviewed the Motion and being otherwise fully advised in the premises, it is

hereby

    **ORDERED AND ADJUDGED** that the Plaintiff shall have and recover from HIRAN

MAZAIRA, individually, the sum of $92,559.00,  also for which let execution issue.

    1) The last known address of the Defendant HIRAN MAZAIRA is 1405 West 3rd

Avenue, Hialeah, FL 33010.

    2) Post Judgment interest shall accrue at the statutory rate from the date of entry of this

Judgment until satisfied.

Page 1 of 2

*(handwritten) Based upon allegations of a violation of Florida statute §768.0425(2) that permits treble damages*

*EXHIBIT 5*

It is further **ORDERED AND ADJUDGED** pursuant to Fla. R. Civ. P. 1.560 that Defendant HIRAN MAZAIRA shall complete Form 1.977(a) and return it to the Plaintiff's attorney within 45 days from the date of this Final Judgment, unless Final Judgment is satisfied or a motion for new trial or notice of appeal is filed. Jurisdiction in this case is retained to enter further orders that are proper to compel the Defendants to complete Forms 1.977(a), respectively, and return them to Plaintiff's attorney.

3) Pursuant to F.S. § 768.0425(2), and F.S. § 812.014(1) as to HIRAN MAZAIRA, Plaintiff is further entitled to an award of attorney fees and taxable costs.

**DONE & ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this ___18___ day of May, 2016.

Circuit Judge

Copies furnished to:
A. Max Zaretsky, Esq., 1615 Forum Place, Suite 3-A, West Palm Beach FL 33401
Sila Estevez, 1405 West 3rd Avenue, Hialeah, FL 33010
Hiran Mazaira, 16501 NW 84th Court, Miami Lakes, FL 33014
Hiran Mazaira, 1405 West 3rd Avenue, Hialeah, FL 33010
Kitchen Cabinets and Bath For Less, Inc., Registered Agent, Sila Estevez, 1405 West 3rd Avenue, Hialeah, FL 33010