UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No. 16-16003-AJC** |
| **SILA ESTEVEZ,** | |
| **SILA ESTEVEZ a/k/a** | |
| **SILA MARIA ESTEBEZ MONTALBAN, a/k/a** | **Chapter 7** |
| **SILA ESTEBEZ MONTALBAN, a/k/a** | |
| **SILA ESTEVEZ, a/k/a** | |
| **SILA M. ESTEVEZ MONTALBAN, a/k/a** | |
| **SILA MARIA ESTEVEZ, a/k/a** | |
| **SILA MARIA ESTEBEZ, a/k/a** | |
| **SILA ESTEBEZ, a/k/a** | |
| **SILA M. ESTEBEZ MONTALBAN, a/k/a** | |
| **SILA MARIA ESTEVEZ MONTALBAN, a/k/a** | |
| **SILA ESTEVEZ MONTALBAN, a/k/a** | |
| **SILA M. ESTBEZ.** | |
| **Debtor .** | |
| _____/ | |

## EX PARTE MOTION TO SHORTEN TIME FOR PRODUCTION OF DOCUMENTS
**[Re: ECF No. 57]**

Creditor, E&Y ASSETS, ("Creditor"), pursuant to Rule 7034 (Rule 34(a)(2)(A), Fed. R. Civ. P.) and Local Rules 7026 and 9013-1(C)(7), respectfully request entry of an order shortening the time for the Debtor, Sila Estevez, to produce documents responsive to the *Amended Request for Production* [ECF No. 57] served on Debtor by E&Y Assets, Inc. and in support thereof, states:

    1.    These Chapter 7 proceedings were filed voluntarily on April 26, 2016.

    2.    This case was transferred, intra-district, to the Honorable A. Jay. Cristol by motion filed by Creditor, E&Y Assets, Inc. and an order thereon entered on July 11, 2016 [ECF No. 18].

3. On July 19, 2016, Creditor, E&Y Assets, Inc. served its First Request for Production of Documents on the Debtor [ECF No. 22]. No documents were ever produced in response to the Request for Production of Documents. Debtor has since claimed that the documents were not produced by reason of the fact that the "Documents Requested" page of the Request was ambiguous as same referred to the "Duces Tecum Request" that was attached to the identical document request served as part of the Cross-Notice of Rule 2004 Examination, *Duces Tecum* in the Kitchen Cabinets and Bath For Less, Inc. Chapter 7 proceedings, also pending before this Court in Case No. 16-11649-AJC[1].

4. Affording the Debtor the benefit of the doubt, the Debtor, Sila Estevez has already compiled all of the documents responsive to the Request for Production served by E&Y Assets, LLC in this matter, as, according to Debtor's counsel, the documents requested in the Request for Production were not due to be furnished until the 2004 Examination of the Debtor. The 2004 Examination of the Debtor was scheduled for August 10, 2016. While the parties had hoped to coordinate the discovery efforts in these Chapter 7 proceedings with the Kitchen Cabinets and Bath For Less, Inc. proceedings, it would appear that the Debtor would prefer to treat each case separately even though the issues for discovery are virtually identical.

5. Given the Debtor's failure to comply with the Trustee's production request in the Kitchen Cabinets and Bath For Less, Inc. case (E&Y Assets, LLC

---

[1] The Trustee had noticed the 2004 Examination of the Debtor, Kitchen Cabinets and Bath For Less, Inc. and agreed to permit E&Y Assets, LLC to cross-notice for that date and time. The Examination was cancelled by the Trustee for failure of the Debtor to produce documents in response to the Trustee's document request in those proceedings.

2

was to share in the review of the documents produced by the Debtor in that case by virtue of its Cross Notice of Taking Rule 2004 Examination), the Debtor should be required to serve her discovery responses at this time and prior to the time a new date is scheduled for Sila Estevez' Rule 2004 Examination.

6. The Debtor has had more than 2 months to compile the documents requested in the Request for Production served on July 19, 2016. Accordingly, no harm or prejudice would result from the granting of this motion to shorten the time in which Debtor must produce the requested documents to Five (5) Days.

**WHEREFORE**, Creditor, E&Y Assets, LLC, respectfully requests this Honorable Court enter an order granting this motion and requiring the Debtor, Sila Estevez to produce the documents requested in the Amended Request for Production served on October 11, 2016 and for such other relief as this Court deems appropriate.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated**: October 11, 2016**

**McLaughlin & Stern, LLP**
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel: (561) 659-4020
Email: snewburgh@mclaughlinstern.com
*Counsel for Creditor, E & Y Assets, LLC*

By: */s/ Steven S. Newburgh*
   **STEVEN S. NEWBURGH, ESQ.**
   Florida Bar No. 034861

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served this 11th day of October, 2016, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties listed therein who are not authorized to be served electronically through the Court's CM/ECF system.

                                          */s/ Steven S. Newburgh*
                                          STEVEN S. NEWBURGH, ESQ.
                                          Fla. Bar No. 348619

**SERVICE LIST**

# Mailing Information for Case 16-16003-AJC

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin    calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

> State Farm Bank
> c/o Becket and Lee LLP
> PO Box 3001
> Malvern, PA 19355-0701