**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                            Case No. 16-16003-AJC

**SILA ESTEVEZ, a/k/a**
**SILA MARIA ESTEBEZ MONTALBAN, a/k/a**          Chapter 7
**SILA ESTEBEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ, a/k/a**
**SILA M. ESTEVEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ, a/k/a**
**SILA MARIA ESTEBEZ, a/k/a**
**SILA ESTEBEZ, a/k/a**
**SILA M. ESTEBEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ MONTALBAN, a/k/a**
**SILA M. ESTBEZ.**

     **Debtor .**
_____/

***EX PARTE* ORDER ON *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR**
**PRODUCTION OF DOCUMENTS**
[re: ECF No. ____]

   THIS MATTER came before the court, without a hearing, upon Creditor, E&Y Assets,

LLC's *Ex Parte Motion for Order Shortening Time for Production of Documents* [ECF No. ____],

and the Court having considered the Motion and the Court file, and being otherwise fully advised in the premises, it is hereby

**ORDERED** as follows:

1. Creditor, E&Y Assets, LLC's *Ex Parte Motion for Order Shortening Time for Production of Documents* [ECF No. ___] is **GRANTED.**

2. The Debtor, SILA ESTEVEZ, shall serve her responses to the Creditor, E&Y Assets, LLC's Amended Request for Production [ECF No. 57] within Five (5) days from the date of entry of this Order.

###

Submitted By:

Steven S. Newburgh, Esq.
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
snewburgh@mclaughlinstern.com
_____
*Attorney Newburgh is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*