

**ORDERED in the Southern District of Florida on October 11, 2016.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-16003-AJC |
| SILA ESTEVEZ, a/k/a | |
| SILA MARIA ESTEBEZ MONTALBAN, a/k/a | Chapter 7 |
| SILA ESTEBEZ MONTALBAN, a/k/a | |
| SILA ESTEVEZ, a/k/a | |
| SILA M. ESTEVEZ MONTALBAN, a/k/a | |
| SILA MARIA ESTEVEZ, a/k/a | |
| SILA MARIA ESTEBEZ, a/k/a | |
| SILA ESTEBEZ, a/k/a | |
| SILA M. ESTEBEZ MONTALBAN, a/k/a | |
| SILA MARIA ESTEVEZ MONTALBAN, a/k/a | |
| SILA ESTEVEZ MONTALBAN, a/k/a | |
| SILA M. ESTBEZ. | |
|            Debtor . | |
| _____/ | |

### *EX PARTE* ORDER ON *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR PRODUCTION OF DOCUMENTS
[re: ECF No. 58]

THIS MATTER came before the court, without a hearing, upon Creditor, E&Y Assets, LLC's *Ex Parte Motion for Order Shortening Time for Production of Documents* [ECF No. 58],

and the Court having considered the Motion and the Court file, and being otherwise fully advised in the premises, it is hereby

**ORDERED** as follows:

1. Creditor, E&Y Assets, LLC's *Ex Parte Motion for Order Shortening Time for Production of Documents* [ECF No. 58] is **GRANTED.**

2. The Debtor, SILA ESTEVEZ, shall serve her responses to the Creditor, E&Y Assets, LLC's Amended Request for Production [ECF No. 57] within Five (5) days from the date of entry of this Order.

###

Submitted By:

Steven S. Newburgh, Esq.
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
snewburgh@mclaughlinstern.com
_____
*Attorney Newburgh is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*