UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

**In re:**                                                                                      **Case No. 16-16003-AJC**

**SILA M. ESTEVEZ a/k/a**
**SILA MARIA ESTEBEZ MONTALBAN, a/k/a**                  **Chapter 7**
**SILA ESTEBEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ, a/k/a**
**SILA M. ESTEVEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ, a/k/a**
**SILA MARIA ESTEBEZ, a/k/a**
**SILA ESTEBEZ, a/k/a**
**SILA M. ESTEBEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ MONTALBAN, a/k/a**
**SILA M. ESTBEZ.**

          **Debtor .**
_____/

## MOTION FOR RELIEF FROM STAY

Creditor, E&Y Assets, LLC, through undersigned counsel, pursuant to 11 U.S.C. §362, Bankruptcy Rule 4001(a) and Local Rule 4001-1, respectfully requests an entry of an Order granting relief from stay and states:

1.      On November 10, 2015, Creditor, E&Y Assets, LLC filed a Complaint in Circuit Court in and for the 15th Judicial Circuit, Palm Beach County, Florida against the Debtor, Sila Estevez and Debtor in Case No. 16-11649-AJC, Kitchen Cabinets and Bath For Less, LLC. The state court Complaint also joined Sila Estevez' fiancé or spouse, Hiran Mazaira. On November 20, 2015, the Complaint was amended. A copy of the amended state court Complaint is attached hereto as Exhibit 1.

2.      All defendants in the aforesaid state court action were duly served with process.

3.      Attached hereto as Exhibit 2 is the official Docket from the state court proceedings, Case No. 50-2015-CA-012638-XXXX-MB.

4.	As shown on the attached Docket, Defendants therein, Sila Estevez and Hiran Mazaira, moved for an extension of time in which to file their answers to the state court complaint so that they could ostensibly obtain legal counsel.  Hearing on those motions was set for January 5, 2016 at 8:45 A.M. and on January 6, 2016, the state court granting the extension motions, ordering that responses to the Amended Complaint be filed within 20 days.

5.	No responsive pleading or motion directed to the Amended state court Complaint was ever filed by either Sila Estevez or Hiran Mazaira in derogation of the state court order extending time for responses.  Accordingly, on February 2, 2016, a Motion for Default was filed against Sila Estevez and Hiran Mazaira.

6.	As to co-defendant, Kitchen Cabinets and Bath For Less, Inc., no responsive pleading or motion was ever filed.  A Motion for Default was filed on December 21, 2015 and a Default was entered by the Clerk of the Court on December 30, 2015.

7.	On February 4, 2016, 2 days after Creditor, E&Y Assets, LLC filed its Motion for Default and Notice of Hearing for the entry of court-entered defaults against defendants therein, Sila Estevez and Hiran Mazaira, current counsel for both Debtors, Sila Estevez and Kitchen Cabinets and Bath For Less, Inc., filed a voluntary Chapter 7 Petition on behalf of Kitchen Cabinets and Bath For Less, Inc., pending in this Division, Case No. 16-11649-AJC.

8.	In an apparent attempt to derail the upcoming hearing on the default applications, Debtors' counsel filed a Suggestion of Bankruptcy in the state court proceedings on February 5, 2016, which inaccurately described the parties who filed for bankruptcy protection as "Kitchen Cabinets and Bath For Less, Inc./ Sila Estevez".  A copy of the subject Suggestion of Bankruptcy, filed by attorney Robert Sanchez, is attached hereto as Exhibit 3.  Note that the court Docket shows inclusion of "Sila Estevez", albeit erroneously, as one of the filing parties.

9. On February 16, 2016, the state court granted Creditor, E&Y Assets, LLC's Motion for Judicial Default against Sila Estevez and Hiran Mazaira. A copy of said Default order is attached hereto as Exhibit 4.

10. On April 20, 2016, Creditor, E&Y Assets, LLC filed its Motion for Partial Final Judgment after Default against defendants therein, Sila Estevez and Hiran Mazaira and scheduled same for hearing on May 4, 2016.

11. On April 26, 2016, upon information and belief, realizing that the attempt to derail the state court proceedings by reference to "Sila Estevez" in the Suggestion of Bankruptcy was unsuccessful, Sila Estevez filed her voluntary Chapter 7 Petition.

12. Thereafter, on May 18, 2016, a Default Final Judgment was entered only against Hiran Mazaira. A copy of said Default Final Judgment is attached hereto as Exhibit 5.

13. As set forth in the Adversary Complaint filed against Sila Estevez in this matter, Sila Estevez utilized another Debtor, Kitchen Cabinets and Bath For Less, Inc. as a device to defraud innocent customers. The state court action concerns recovery of damages for civil theft pursuant to § 768.0425, *Florida Statutes*, which provides for treble damages. The allegations of the state court complaint relate to both Debtors, Sila Estevez and Kitchen Cabinet and Bath For Less, Inc. in addition to the non-debtor, Hiran Mazaira, who is believed to be the fiancé or spouse of Sila Estevez. The allegations are common to all defendants in that action.

14. The Adversary Complaint concerning Sila Estevez seeks to establish non-dischargeability pursuant to 11 U.S.C. § 523(a)(2)(A).

15. There is sufficient "cause" pursuant to 11 U.S.C. § 362(d)(1) to justify relief from stay solely for the purpose of concluding the state court action. The only act left for the state court judge concerns entry of the Default Final Judgments against Sila Estevez and Kitchen

Cabinet and Baths For Less, Inc.  As recited by this Honorable Court in *In re Peralta Food Corp.*, 2008 Bankr. LEXIS 173 (Case No. 07-16508-BKC-AJC), the "ministerial act" exception to the automatic stay provisions of the bankruptcy code should be applicable to these proceedings….there is nothing left for the state court to do….the motion for entry of default final judgment against Sila Estevez and Kitchen Cabinet and Baths For Less, Inc. is already pending.  There is nothing further to do but obtain the Judge's signature on the Default Final Judgment against these parties.  Either no stay is in effect or relief from stay should be granted so that the claim of the Creditor, E&Y Assets, LLC can be liquidated and brought before this Court for determination of dischargeability.

**WHEREFORE**, Creditor, E&Y Assets, LLC respectfully requests entry of an Order granting relief from stay or determining no stay is in effect as to the ministerial entry of the Default Final Judgment against Sila Estevez and Kitchen Cabinets and Bath For Less, Inc., and for such other relief as this Court deems appropriate.

> I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated**: October 14, 2016**

        **McLaughlin & Stern, LLP**
        CityPlace Office Tower – Suite 1530
        525 Okeechobee Boulevard
        West Palm Beach, FL 33401
        Tel:  (561) 659-4020
        Email:  snewburgh@mclaughlinstern.com
        *Counsel for Creditor, E & Y Assets, LLC*

        By: */s/ Steven S. Newburgh*
           **STEVEN S. NEWBURGH, ESQ.**
           Florida Bar No. 348619

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served this 14th day of October, 2016, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties listed therein who are not authorized to be served electronically through the Court's CM/ECF system in addition to service on all interested parties as shown on the attached Court Mailing Matrix.

        */s/ Steven S. Newburgh*
        STEVEN S. NEWBURGH, ESQ.
        Fla. Bar No. 348619

**SERVICE LIST**

# Mailing Information for Case 16-16003-AJC

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin    calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
- Robert P. Charbonneau    rpc@ecccounsel.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com;bankruptcy.ecc@ecf.courtdrive.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

> State Farm Bank
> c/o Becket and Lee LLP
> PO Box 3001
> Malvern, PA 19355-0701