**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No. 16-16003-RAM** |
| | |
| **SILA M. ESTEVEZ, a/k/a** | |
| **SILA MARIA ESTEBEZ MONTALBAN, a/k/a** | **Chapter 7** |
| **SILA ESTEBEZ MONTALBAN, a/k/a** | |
| **SILA ESTEVEZ, a/k/a** | |
| **SILA M. ESTEVEZ MONTALBAN, a/k/a** | |
| **SILA MARIA ESTEVEZ, a/k/a** | |
| **SILA MARIA ESTEBEZ, a/k/a** | |
| **SILA ESTEBEZ, a/k/a** | |
| **SILA M. ESTEBEZ MONTALBAN, a/k/a** | |
| **SILA MARIA ESTEVEZ MONTALBAN, a/k/a** | |
| **SILA ESTEVEZ MONTALBAN, a/k/a** | |
| **SILA M. ESTBEZ,** | |
| | |
| **Debtor .** | |
| _____/ | |

**CERTIFICATE OF SERVICE**
[re: ECF No. 65]

I HEREBY CERTIFY that a true and correct copy of the Court's *Notice of Hearing on Motion for Relief from Stay* [ECF No. 65] was served, October 14, 2016, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system in addition to service via U.S. Mail on all interested parties as shown on the attached Court Mailing Matrix.

> **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Dated: October 14, 2016**

Respectfully submitted:

**McLAUGHLIN & STERN, LLP**
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel: (561) 659-4020
*Counsel for Creditor, E & Y Assets, LLC*

By: /s/ *Steven S. Newburgh*
    STEVEN S. NEWBURGH, ESQ.
    Florida Bar No. 348619

**SERVICE LIST**

# Mailing Information for Case 16-16003-AJC

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin    calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
- Robert P. Charbonneau    rpc@ecccounsel.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com;bankruptcy.ecc@ecf.courtdrive.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

    State Farm Bank
    c/o Becket and Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701