UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Sila M. Estevez                  Case No. 16-16003-AJC
        Debtor(s).                  Chapter 13
_____/

## NOTICE OF FILING OF DEBTOR'S TIMELINE OF EVENTS RELATING TO DEADLINES AND CERTIFICATE OF SERVICE

**COMES NOW,** undersigned counsel and files this Notice of Filing of Debtor's Timeline of Events Relating to Deadlines.

**I HEREBY CERTIFY,** that a copy of this Notice of Filing of Debtor's Timeline of Events Relating to Deadlines has been sent on October 14, 2016 to the following:

Electronically: Jacqueline Calderin, Trustee, Office of the US Trustee, and to all CM/ECF Users

First Class Mail:
Debtor(s), Sila M. Estevez
1405 W 3rd Avenue
Hialeah, FL 33010-3411

DUNN LAW, P.A.
Counsel for, Barry Mukamal
c/o Alexis Read, Esq. [ECF User]
555 NE 15th Street, Suite 934-A
Miami, Florida 33132

Steven S. Newburgh, Esq. [ECF User]
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401

State Farm Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Robert P. Charbonneau, Esq. [ECF User]
Counsel for Jacqueline Calderin
501 Brickell Key Dr #300
Miami, FL 33131

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
By:/s/ Robert Sanchez_____
Robert Sanchez, Esq., FBN#0442161