UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Sila Estevez                                                                Case No. 16-16003-AJC
    Debtor                                                             Chapter 7
_____/

## TIMELINE OF EVENTS RELATING TO DEADLINES

1. **04/26/2016 – ECF#1:** Petition filed by DEBTOR.
    a. Objections to Discharge/Dischargeability due by **08/01/2016**.
2. **08/01/2016 – ECF#25:** First Motion to Extend Time to File Section 523 and 727 Complaint by E & Y Assets, LLC (herein "CREDITOR").
    a. CREDITOR motion requests an Order extending deadlines "for an additional thirty (30) days, or until **August 31, 2016**. . . ."
3. **08/01/2016:** Email by CREDITOR Counsel's Secretary requesting a 30 day extension of deadlines.
    a. "Pursuant to Local Rule requirements, I'm requesting consent for a 30 day extension of the 523 and 727 deadlines." **"Exhibit A"**
4. **08/05/2016:** DEBTOR Counsel's reply agreeing to 30 day extension. **"Exhibit A"**
    a. "Please note that we agree to the 30 day extension on both deadlines."
5. **08/01/2016 – ECF#28:** Agreed Ex Parte Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) Filed by TRUSTEE.
    a. Requesting an Order extending 727 "deadline through and including Wednesday, August 31, 2016. . . ."
6. **08/03/2016 – ECF#29:** Agreed Order Granting Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) (Re: #28) Deadline Extended to **8/31/2016**. [For the TRUSTEE]
    a. Deadline "extended through and including Wednesday, **August 31, 2016**."
7. **08/11/2016 – ECF#31:** Agreed Order Granting Motion to Extend Deadlines. [FOR THE CREDITOR]
    a. CREDITOR'S ECF#25 Motion to Extend until August 31, 2016 was granted.
8. **08/31/2016** – Last day before deadlines expire for both CREDITOR and TRUSTEE.
9. **09/09/2016** – Email by CREDITOR Counsel's Secretary requesting 30 day extension on deadlines. **"Exhibit C"**
    a. "Good morning. Please let me know today, if you have any objection to us requesting a 30 day extension concerning the 523 & 727 deadlines in this matter. Thank you."

10. **09/09/2016** – Email by DEBTOR Counsel's Secretary agreeing to extend. **"Exhibit C"**
    a. "Hello~ Yes, we agree. Thank you"
    b. Assuming arguendo that motion and order entered after expiration of deadlines is valid, then thirty (30) days from expiration of August 31, 2016 is September 30, 2016.
11. **09/09/2016 – ECF#35:** Agreed Ex Parte Motion to Extend Deadlines. Submitted by CREDITOR.
12. **09/13/2016 – ECF#36:** Agreed Ex Parte Order Granting Motion to Extend Deadlines. Deadline Extended to 10/1/2016. Submitted by CREDITOR.
13. **09/13/2016 – ECF#38:** Amended Agreed Ex Parte Order Granting Motion to Extend Deadlines. Deadline Extended to 10/10/2016. Submitted by CREDITOR.
14. **09/30/2016** – Assuming arguendo that motion and order entered after the expiration of deadlines is valid, last day before deadlines expire for CREDITOR.
    a. Assuming arguendo the above scenario, then 09/30/2016 is the Second Expiration of Deadlines.
    b. Thirty days from August 31, 2016 starts on September 1, 2016 as the first day, September 2, 2016 as the second day, and so on until September 30, 2016 as the thirtieth day.
15. **10/10/2016** – Section 523(a)(2) Adversary filed forty (40) days after deadlines expired and filed ten (10) days after 9/30/2016.
16. **10/10/2016** – Third request for Section 727 Extension filed forty (40) days after deadlines expired and filed ten (10) days after 9/30/2016.

                Respectfully submitted by:
                **ROBERT SANCHEZ, P.A.**
                355 West 49th Street
                Hialeah, FL  33012
                Tel. 305-687-8008

                By:/s/ *Robert Sanchez*_____
                    Robert Sanchez, Esq., FBN#0442161