UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

**In re:**                                                                                  Case No. 16-16003-AJC

SILA ESTEVEZ a/k/a
SILA MARIA ESTEBEZ MONTALBAN, a/k/a                          Chapter 7
SILA ESTEBEZ MONTALBAN, a/k/a
SILA ESTEVEZ, a/k/a
SILA M. ESTEVEZ MONTALBAN, a/k/a
SILA MARIA ESTEVEZ, a/k/a
SILA MARIA ESTEBEZ, a/k/a
SILA ESTEBEZ, a/k/a
SILA M. ESTEBEZ MONTALBAN, a/k/a
SILA MARIA ESTEVEZ MONTALBAN, a/k/a
SILA ESTEVEZ MONTALBAN, a/k/a
SILA M. ESTBEZ.

        **Debtor .**
_____/

## RESPONSE TO MOTION TO VACATE ORDER
[re: ECF No. 40]

Creditor, E&Y Assets, LLC, through undersigned counsel, responds to Debtor's Motion to Vacate the Amended Agreed Order entered by this Honorable Court on September 13, 2016 and states:

1.    Debtor waited until after this Court's Amended Order became a final order in which to mount a collateral attack on same. The Court should not condone this attempt to reverse an agreement that was made to extend the 523 and 727 deadlines.

2.    Even if Debtor's arguments are correct, the Court has the discretion to grant an additional extension of the 523 and 727 deadlines once the original deadline has passed. The equities in this case, where the Debtor has withheld documents requested to be produced, are surely in favor of the Creditor in this matter.

3.    The Creditor has already filed its' 523 adversary complaint.

4. All parties believed that the request for an additional extension of time was timely. This is proven by Debtor's own filings and motion. Otherwise, a request for an extension would have been made on an earlier date. It is not appropriate for the Debtor to now claim, for the first time, that it never reviewed the motion for extension of time which Debtor agreed-to.

**WHEREFORE**, Creditor, E&Y Assets, LLC respectfully requests entry of an Order denying Debtor's Motion to Vacate and for such other relief as this Court deems appropriate.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated**: October 14, 2016**

**McLaughlin & Stern, LLP**
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel:  (561) 659-4020
Email:  snewburgh@mclaughlinstern.com
*Counsel for Creditor, E & Y Assets, LLC*

By: */s/ Steven S. Newburgh*
    **STEVEN S. NEWBURGH, ESQ.**
    Florida Bar No. 348619

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served this 14th day of October, 2016, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties listed therein who are not authorized to be served electronically through the Court's CM/ECF system.

    */s/ Steven S. Newburgh*
    STEVEN S. NEWBURGH, ESQ.
    Fla. Bar No. 348619

**SERVICE LIST**

# Mailing Information for Case 16-16003-AJC

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin    calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
- Robert P. Charbonneau    rpc@ecccounsel.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com;bankruptcy.ecc@ecf.courtdrive.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

> State Farm Bank
> c/o Becket and Lee LLP
> PO Box 3001
> Malvern, PA 19355-0701