IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:        Sila M Estevez

                                                                Case No:    16-16003-AJC
                                                                Chapter 7

        Debtor.
_____/

**MOTION FOR PROTECTIVE ORDER IN CONNECTION WITH THE ORDER GRANTING THE MOTION TO SHORTEN TIME FOR PRODUCTION OF DOCUMENTS AND THE AMENDED REQUEST FOR PRODUCTION OF DOCUMENTS**

Expedited Hearing Requested

     **COMES NOW,** the Debtor, Sila M Estevez, by and through undersigned counsel, and files this Motion for Protective Order on Ex-Parte Order Granting Motion to Shorten Time for Production of Documents [ECF#60] and Amended Request for Production of Documents [ECF#57] and in support pursuant to Local Rule 7026(E)(2) thereof would state as follows:

1. The Creditor filed an Amended Request for Production of Documents at ECF#57 where on the very first request, the Creditor is attempting to obtain confidential, attorney-client privileged information from the individual Debtor.

2. Specifically, the Creditor is requesting the 12-page Debtor Questionnaire containing Debtor answers in response to Attorney questions relating to the Debtor's personal bankruptcy.

3. The Debtor expressly objects to disclosing confidential, attorney-client privileged information as there has been no exception or waiver as the information has only been disclosed directly to the law firm of Robert Sanchez, P.A.

4. The Requested Documents are subject to the attorney-client privilege and should not be produced. "The attorney-client privilege protects confidential disclosures by a client to an attorney made in order to obtain legal assistance." *In re Int'l Oil Trading Co., LLC*, 548 B.R. 825, 831 (Bankr. S.D. Fla. 2016) (Kimball, J)

5. The attorney-client privilege is one of the oldest recognized privileges for confidential communications. *Upjohn Co. v. United States*, 449 U. S. 383, 389 (1981). The privilege is intended to encourage "full and frank communication between attorneys and their

    clients and thereby promote broader public interests in the observance of law and the administration of justice." *Id*.

6. Also, the disclosure of Debtor Questionnaire would lead to the undersigned to violate Rule 4-1.6(a) of the Florida Rules of Professional Conduct since the Debtor is not giving consent.

7. The answers requested by the Attorney on the form and given by the Client were made to further the rendering of legal services to the client.

8. This motion is made in good faith and not for the purpose of delay.

    **WHEREFORE,** the Debtor respectfully requests that this Court grant this Motion for Protective Order, deem that the attorney-client questionnaire is confidential and privileged, prevent the Creditor from requesting said questionnaire, and for such further relief as this Honorable court deems necessary and just.

### CERTIFICATE OF ATTORNEY AS TO MOTION FOR PROTECTIVE ORDER

    Pursuant to Local Rule 7026-1(F), the undersigned's office has conferred with the attorney for the opposing party in a good faith effort to resolve by agreement the attorney client privilege issue raised, but no agreement was reached.

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Vacate the Orders was sent on October 17, 2016 via CM/ECF to:

Electronically: Jacqueline Calderin, Trustee, Office of the US Trustee, and to all CM/ECF Users

| | |
|---|---|
| First Class Mail:<br>Debtor(s), Sila M. Estevez<br>1405 W 3rd Avenue<br>Hialeah, FL 33010-3411 | DUNN LAW, P.A.<br>Counsel for, Barry Mukamal<br>c/o Alexis Read, Esq. [ECF User]<br>555 NE 15th Street, Suite 934-A<br>Miami, Florida 33132 |
| Steven S. Newburgh, Esq. [ECF User]<br>McLaughlin & Stern, LLP<br>525 Okeechobee Boulevard, Suite 1530<br>West Palm Beach, FL 33401 | State Farm Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Robert P. Charbonneau, Esq. [ECF User]<br>Counsel for Jacqueline Calderin<br>501 Brickell Key Dr #300<br>Miami, FL 33131 | |

                                          Robert Sanchez, Esq.
                                          355 West 49 Street

Hialeah, FL 33012
Tel. (305)-687-8008

By: */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161

3