UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Sila M. Estevez                    Case No. 16-16003-AJC

    Debtor(s).                        Chapter 7

_____/

**OBJECTION TO CREDITOR'S LATE-FILED RESPONSE TO MOTION TO VACATE PURSUANT TO LOCAL RULE 5005-1(F) AND CERTIFICATE OF SERVICE**

**COMES NOW,** undersigned counsel and files this Objection to Creditor's Late-Filed Response to the Motion to Vacate Pursuant to Local Rule 5005-1(F) and states as follows:

1. On September 30, 2016, the Debtor filed a Motion to Vacate Orders at ECF#40.

2. On September 30, 2016, a Notice of Hearing was set for October 18, 2016.

3. On September 30, 2016, the undersigned entered a Certificate of Service at ECF#42 showing service on the Creditor.

4. On October 14, 2016 at 5:14 PM, the Creditor filed a Response to the Motion to Vacate at ECF#68 which generated a receipt ("Exhibit A" – ECF#68 Receipt).

5. The applicable portion of this Court's Local Rule 5005-1(F) "Filing and Transmittal of Papers" states as follows:

    **(1) Deadline for Filing. Form of Response**. Memoranda, affidavits and other papers intended for consideration at any hearing already set before the court, *shall be filed and served so as to be received by the movant and the court not later than 4:30 p.m. on the second business day prior to the hearing, or the papers submitted may not be considered at the hearing*. All responsive papers shall set forth any applicable defenses or objections in

law or fact on which the respondent relies. All responsive papers shall be served in accordance with these local rules.

**(2) Emergency Submittal**. Memoranda, affidavits or other papers not filed prior to the deadline established in subdivision (1), but which the filing party deems necessary for the court's consideration at the scheduled hearing, may be considered at the hearing only if accompanied by the Local Form "Notice of Late Filing of Paper Pursuant to Local Rule 5005-1(F)(2)", noting the emergency nature of the filing or stating the exceptional circumstances for the untimely filing.

(emphasis added) Local Rule 5005-1(F)

6. Pursuant to LR 5005-1(F)(1), the Creditor had until Friday, October 14, 2016 at 4:30 PM to file a response to the Motion to Vacate.

7. That gave the Creditor fourteen (14) days to file a response, yet the response was filed past the deadline at 5:14 PM.

8. The undersigned points out to the Court that a late filing is the **very same reason that the Motion to Vacate is premised upon** and would like for this Court to take into consideration the Creditor's repeated tardiness.

9. Pursuant to this Court's very own Local Rule, the Creditor has not stated any emergency reason as to why it was submitted late and no Local Form "Notice of Late Filing of Paper Pursuant to Local Rule 5005-1(F)(2)" was submitted to the Court.

10. As a result, "the papers submitted may not be considered at the hearing." Local Rule 5005-1(F)(1).

**WHEREFORE**, the Debtor respectfully requests that the Court Sustain this Objection, not consider the Creditor's Response to the Motion to Vacate, give weight to the tardiness of the Creditor's late filing in determining the Motion to Vacate, and order any such other relief that this Court deems appropriate.

**I HEREBY CERTIFY,** that a copy of this Objection to Creditor's Late-Filed Response to the Motion to Vacate Pursuant to Local Rule 5005-1(F) has been sent on October 17, 2016 to the following:

Electronically: Jacqueline Calderin, Trustee, Office of the US Trustee, and to all CM/ECF Users

First Class Mail:
Debtor(s), Sila M. Estevez
1405 W 3rd Avenue
Hialeah, FL 33010-3411

DUNN LAW, P.A.
Counsel for, Barry Mukamal
c/o Alexis Read, Esq. [ECF User]
555 NE 15th Street, Suite 934-A
Miami, Florida 33132

Steven S. Newburgh, Esq. [ECF User]
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401

State Farm Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Robert P. Charbonneau, Esq. [ECF User]
Counsel for Jacqueline Calderin
501 Brickell Key Dr #300
Miami, FL 33131

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
By:*/s/ Robert Sanchez*
Robert Sanchez, Esq., FBN#0442161