UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No. 16-16003-AJC** |
| **SILA ESTEVEZ**, a/k/a | |
| **SILA MARIA ESTEBEZ MONTALBAN**, a/k/a | Chapter 7 |
| **SILA ESTEBEZ MONTALBAN**, a/k/a | |
| **SILA M. ESTEVEZ MONTALBAN**, a/k/a | |
| **SILA MARIA ESTEVEZ**, a/k/a | |
| **SILA MARIA ESTEBEZ**, a/k/a | |
| **SILA ESTEBEZ**, a/k/a | |
| **SILA M. ESTEBEZ MONTALBAN**, a/k/a | |
| **SILA MARIA ESTEVEZ MONTALBAN**, a/k/a | |
| **SILA ESTEVEZ MONTALBAN**, a/k/a | |
| **SILA M. ESTBEZ.** | |
|               **Debtor .** | |
| _____/ | |

## CROSS NOTICE OF RULE 2004 EXAMINATION DUCES TECUM
[re: ECF No. 71]

Creditor, E&Y Assets, LLC, through undersigned counsel, gives notice that it will examine the Debtor, Sila Estevez, under oath, on **November 10, 2016 at 10:30 A.M.** at the offices of **Dunn Law, P.A., 555 N.E. 15th Street, Suite 934-A, Miami, FL 33132**, and to bring with her at that time and place the documents set forth in the Duces Tecum request attached to the Trustee's Notice of Examination Duces Tecum at ECF No. 71. The examination may continue from day to day until completed. Pursuant to Local Bankruptcy Rule 2004-1(B), if the subject 2004 examination is being scheduled on less than 14 days' notice, the examinee is not required to file any objection to this notice but must notify undersigned counsel, promptly, of the inadequate notice and offer a reasonable opportunity to be examined on an alternate date.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

        I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated**: October 17, 2016**

        **McLaughlin & Stern, LLP**
        CityPlace Office Tower – Suite 1530
        525 Okeechobee Boulevard
        West Palm Beach, FL 33401
        Tel:  (561) 659-4020
        Email:  snewburgh@mclaughlinstern.com
        *Counsel for Creditor, E & Y Assets, LLC*

        By: */s/ Steven S. Newburgh*
            **STEVEN S. NEWBURGH, ESQ.**
            Florida Bar No. 348619

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served this 17th day of October, 2016, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties listed therein who are not authorized to be served electronically through the Court's CM/ECF system.

                                                */s/ Steven S. Newburgh*
                                                STEVEN S. NEWBURGH, ESQ.
                                                Fla. Bar No. 348619

**SERVICE LIST**

# Mailing Information for Case 16-16003-AJC

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin    calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
- Robert P. Charbonneau    rpc@ecccounsel.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com;bankruptcy.ecc@ecf.courtdrive.com
- Steven S Newburgh    snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read    alexis.read@dunnlawpa.com
- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

State Farm Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701