

## ORDERED in the Southern District of Florida on November 10, 2016.

                                                                                A. Jay Cristol, Judge
                                                                                United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                              Case No. 16-16003-AJC

SILA ESTEVEZ,                                                            Chapter 7

       Debtor.
       _____/

### ORDER DENYING DEBTOR'S MOTION FOR PROTECTIVE ORDER AS MOOT UPON OPEN COURT WITHDRAWAL OF DOCUMENT BY COUNSEL FOR DEBTOR
[re: ECF No. 72]

THIS MATTER came before the Court for hearing on November 1, 2016 at 10:30 A.M., upon Debtor's *Motion for Protective Order in Connection with the Order Granting Motion to Shorten Time for Production of Documents* [ECF No. 72] ("Motion for Protective Order"). At the conclusion of the hearing the Court took the matter under advisement and directed counsel to submit competing orders by November 8, 2016; however at a hearing held on November 8, 2016 at 2:00 p.m. on the *Motion for Relief from Stay* filed by Creditor, E&Y Assets, LLC, Debtor's counsel announced the withdrawal of Motion for Protective Order. The Court being fully advised, and for the reasons stated on the record, it is

**ORDERED**:

1. Debtor's Motion for Protective Order [ECF No. 72] is **DENIED AS MOOT** as Debtor's counsel announced in open Court on November 8, 2016 that Debtor's Motion for Protective Order is withdrawn. No formal Notice of Withdrawal of the document is necessary, but one may be filed by the Debtor.

2. Debtor shall immediately furnish to counsel for the requesting party, E&Y Assets, LLC, via email, the documents requested in Paragraph 1 of the *Amended Request for Production* [ECF No. 57] so that the requested documents are in the hands of Creditor's counsel in preparation for the 2004 Examination of the Debtor on November 10, 2016 and, further, to ensure that Debtor is in compliance with this Court's previous *Ex Parte Order on Ex Parte Motion for Order Shortening Time for Production of Documents* [ECF No. 60].

# # #

Submitted By:
Steven S. Newburgh, Esq.
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
snewburgh@mclaughlinstern.com

*Attorney Newburgh is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*