

**ORDERED in the Southern District of Florida on November 14, 2016.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-16003-AJC |
| **SILA ESTEVEZ, etc.,** | Chapter 7 |
| Debtor . _____/ | |

**ORDER GRANTING CREDITOR E&Y ASSETS, LLC'S
MOTION FOR RELIEF FROM STAY**
[re: ECF No. 64]

THIS MATTER came before the Court, November 8, 2016 at 2:00 P.M., on Creditor, E&Y Assets, LLC's *Motion for Relief from Stay* [ECF No. 64] and the Court, having reviewed the Motion, heard argument of counsel and having been advised in open court by Trustee's counsel that the Chapter 7 Trustee, Jacqueline Calderin has no objection to the requested relief, it is **ORDERED** as follows:

1. Creditor, E&Y Assets, LLC's *Motion for Relief from Stay* [ECF No. 64] is **GRANTED** for the purpose of obtaining a Default Final Judgment against the Debtor, Sila Estevez

in the pending state court proceedings. The Creditor may not, however, seek execution on the Default Final Judgment absent further order of this Court.

    2.    This Order shall not limit the state court's ability to rule on the matter.

    3.    The Court, in reviewing Creditor's Exhibit 3 to the Motion (Suggestion of Bankruptcy filed by Debtor's counsel on February 5, 2016 in the state court proceedings) [ECF No. 64-3] is extremely concerned and reserves the right, *sua sponte*, to further consider the filing of the subject Suggestion of Bankruptcy.

    4.    The 14-day stay pursuant to Bankruptcy Rule 4001(a)(3) shall not be applicable to this order.

###

Submitted By:

Steven S. Newburgh, Esq.
McLaughlin & Stern, LLP
525 Okeechobee Boulevard, Suite 1530
West Palm Beach, FL 33401
snewburgh@mclaughlinstern.com
_____
*Attorney Newburgh is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*