**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

**In re:** **Case No. 16-16003-AJC**

**SILA ESTEVEZ,**
**SILA ESTEVEZ a/k/a**
**SILA MARIA ESTEBEZ MONTALBAN, a/k/a** **Chapter 7**
**SILA ESTEBEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ, a/k/a**
**SILA M. ESTEVEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ, a/k/a**
**SILA MARIA ESTEBEZ, a/k/a**
**SILA ESTEBEZ, a/k/a**
**SILA M. ESTEBEZ MONTALBAN, a/k/a**
**SILA MARIA ESTEVEZ MONTALBAN, a/k/a**
**SILA ESTEVEZ MONTALBAN, a/k/a**
**SILA M. ESTBEZ.**

**Debtor .**
_______________________________________/

**FOURTH MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE PURSUANT TO 11 U.S.C. §727**
[re: ECF No. 85]

Creditor, E&Y Assets, LLC, through undersigned counsel, pursuant to 11 U.S.C. § 727 respectfully requests entry of an order permitting an additional thirty (30) days in which to object to discharge pursuant to 11 U.S.C. §727, and in support thereof, states:

1. The 2004 Examination, *Duces Tecum*, of Hiran Maizara, a third party who has significant information concerning Debtor's business finances as they relate to these Chapter 7 proceeding, has been scheduled for December 28, 2016.

2. Creditor, E & Y Assets, Inc., filed its 523 Complaint against the Debtor as to the allegations in the state court fraud case that is pending in the 11th Judicial Circuit, Miami-Dade County, Florida. A Default was previously entered against Debtor in those proceedings and it is

believed these Chapter 7 proceedings were filed to derail those state court proceedings. Creditor must conduct further discovery to determine existence of facts that may support a 727 Complaint.

3. The deadline for Creditor's 727 Objection to Discharge was extended by this court, and expires on December 9, 2016. [ECF No. 85].

4. Creditor is in need of an extension of time in which to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 so that the Third Party 2004 Examination Duces Tecum can first be obtained.

5. Creditor requests a thirty (30) day extension to expire on January 9, 2017, so as to also take into consideration the impending holiday.

6. Undersigned counsel certifies that he contacted counsel for the debtor and requested an agreement concerning the extension requested herein. Counsel for debtor has not responded to the request as of the filing of this motion.

**WHEREFORE**, Creditor, E&Y Assets, LLC respectfully requests entry of an Order extending the deadline for an objection to debtor's discharge pursuant to 11 U.S.C. §727 for an additional thirty (30) days, or until January 9, 2017, and for such other relief as this Court deems appropriate.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated**: December 9, 2016**

**McLaughlin & Stern, LLP**
CityPlace Office Tower – Suite 1700
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel: (561) 659-4020
Email: snewburgh@mclaughlinstern.com
*Counsel for Creditor, E & Y Assets, LLC*

By: */s/ Steven S. Newburgh*
**STEVEN S. NEWBURGH, ESQ.**
Florida Bar No. 034861

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served this 9th day of December, 2016, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties listed therein who are not authorized to be served electronically through the Court's CM/ECF system.

*/s/ Steven S. Newburgh*
STEVEN S. NEWBURGH, ESQ.
Fla. Bar No. 348619

**SERVICE LIST**

# Mailing Information for Case 16-16003-AJC

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Jacqueline Calderin calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
- Robert P. Charbonneau rpc@ecccounsel.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com;bankruptcy.ecc@ecf.courtdrive.com
- Steven S Newburgh snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;nlehr@mclaughlinstern.com;hcasebolt@mclaughlinstern.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Alexis S Read alexis.read@dunnlawpa.com
- Robert Sanchez court@bankruptcyclinic.com, courtECFmail@gmail.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

State Farm Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701